IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MUHAMMAD AL-ADAHI, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-0280 (GK) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) | |
| Respondents. | ) | |
| FAHD ABDULLAH AHMED<br>GHAZY, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-2223 (RJL) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) | |
| Respondents. | ) | |

## NOTICE OF MULTIPLE PETITIONS FILED BY GUANTANAMO BAY DETAINEE

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 576 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 576 has filed petitions as Zahir Omar Khamis Bin Hamdoon in Al-Adahi v. Bush, No. 05-CV-0280 (GK), and as Zaher Omer Bin Hamdoon in Ghazy v. Bush, No. 05-CV-2223 (RJL).

Dated:  December 9, 2005                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           KENNETH L. WAINSTEIN
                                           United States Attorney

                                           DOUGLAS N. LETTER
                                           Terrorism Litigation Counsel

                                              /s/ Preeya M. Noronha
                                           JOSEPH H. HUNT (D.C. Bar No. 431134)
                                           VINCENT M. GARVEY (D.C. Bar No. 127191)
                                           TERRY M. HENRY
                                           JAMES J. SCHWARTZ
                                           PREEYA M. NORONHA
                                           ROBERT J. KATERBERG
                                           NICHOLAS J. PATTERSON
                                           ANDREW I. WARDEN
                                           EDWARD H. WHITE
                                           Attorneys
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           P.O. Box 883
                                           Washington, D.C. 20044
                                           Tel:  (202) 514-2000

                                           Attorneys for Respondents