# Exhibit A

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLUMBIA
 3
 4    MOURAD BENCHELLALI,           .
 5         Plaintiff,               .
 6            vs.                   .   Docket No. CV04-1142 (RJL)
 7    GEORGE W. BUSH, ET AL.,       .   Washington, D.C.
 8         Defendants.              .
 9                                  .   September 20, 2004
10                                  .   10:30 a.m.
11    . . . . . . . . . . . . .
12             TRANSCRIPT OF STATUS HEARING
          BEFORE THE HONORABLE RICHARD J. LEON
13              UNITED STATES DISTRICT JUDGE
14
15    APPEARANCES:
16
17    For the Plaintiff:          Tina M. Foster, Esq.
                                  Clifford Chance
18                                31 West 52nd Street
                                  New York, New York 10019
19
      For the Defendant:          Terry M. Henry, Esq. Esq.
20                                Senior Counsel
                                  Federal Programs Branch
21                                U.S. Department of Justice
                                  20 Massachusetts Avenue, NW
22                                Room 7144
                                  Washington, D.C. 20530
23
24
25
```

COPY

Page 14

```
 1            MR. HENRY:  Yes, sir.  From the Government's
 2   perspective, these are pretty much uncharted waters.  We haven't
 3   done this kind of thing before.
 4            THE COURT:  Yes.
 5            MR. HENRY:  So we are fully cognizant of all the
 6   challenges, and we are attempting to work things out so that
 7   they proceed on the whole in the most efficient way possible.
 8            THE COURT:  Yes.  Well, I am going to speak with Judge
 9   Green at some point in the near future about this case and do
10   you have any hearings scheduled in this case with her at the
11   moment?
12            MR. HENRY:  We do not.  The last status conference was
13   I believe August 27 with Judge Green.
14            THE COURT:  Right.
15            MR. HENRY:  Now, on Friday the Petitioners in most of
16   the cases sent a letter to Judge Green asking for another
17   conference with her.
18            THE COURT:  Right.
19            MR. HENRY:  And I think that would be useful.
20            THE COURT:  And if I understood Miss Foster correctly,
21   I will let her correct me if I misunderstood her, the Petitioner
22   in this case needs to look at whatever you produce the week of
23   the 18th.  In order for any meeting at Guantanomo Bay to be
24   really meaningful, they need to see what it is that you all are
25   producing before they go and interview their client.
```

1    So it would seem to me that the earliest you are
2    likely to be meeting or someone from your firm is likely to be
3    meeting with your client assuming you get your things in the
4    week of the 18th of October, you are going to probably need a
5    week or more to review it. I don't know how much it will be in
6    terms of information, but it would sound to me like the earliest
7    you are likely to be able to get down to Guantanomo might be the
8    beginning of November some point, maybe the first or second
9    week. That's the earliest.
10    MR. HENRY: Your Honor, if I could say, we are
11    submitting these, the results of the CSRT hearings on which we
12    based our factual return to these cases on a rolling basis so
13    like last week we filed four.
14    THE COURT: Okay.
15    MR. HENRY: With respect to four Petitioners so I am
16    not exactly sure where Mr. Khalid's situation is with respect to
17    CSRT proceeding, but it is entirely possible that his could be
18    filed before the week of the 18th.
19    THE COURT: Oh, all right.
20    MR. HENRY: Our goal is to as the Court talked with
21    Miss Foster about some get people's security clearances squared
22    away, get their briefing with the Court Security Office so they
23    can then either choose, as some counsel have chosen already, to
24    go down, visit with their client before we make a factual
25    return. Others are waiting until we file the factual return to