UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*,  )<br>)<br>Petitioners,                )<br>v.                                                       )   Civil Action No. 1:05-CV-02223(RJL)<br>)<br>GEORGE W. BUSH, President of the )<br>United States, *et al.*,                          )<br>Respondents.               )<br>                                                          ) | |

## (PROPOSED) ORDER

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals, the oppositions filed thereto, and any reply, as well as the entire record in this case, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004 in In re Guantanamo Detainee Cases, 344 F. Supp. 2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004 in In re Guantanamo Detainee Cases, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 in In re Guantanamo Detainee Cases shall apply in the above-captioned case. It is

FURTHER ORDERED that the above-captioned case is stayed pending resolution of all appeals in Khalid et al. v. Bush, No. 04-CV-1142 (RJL), 2005 WL 100924 (D.D.C. Jan. 19, 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005) and In re Guantanamo Detainee Cases No. 02-CV-0299, et al., 2005 WL 195356 (D.D.C. Jan. 31, 2005), petition for

WA 394453.1

interlocutory appeal granted, No. 05-8003 (D.C. Cir. Mar. 10, 2005) except that Petitioners may seek emergency relief from this Court. It is

FURTHER ORDERED that Respondents must file factual returns for each Petitioner within thirty (30) days.

IT IS SO ORDERED.

DATED:

_____
United States District Judge

WA 394453.1