# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | 05-CV-2223(RJL) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

## NOTICE OF DELEGATION FOR AUGUST 16, 2006 ORAL ARGUMENTS

In accordance with the Court's August 9, 2006 Order, Petitioners, by their counsel, respectfully submit this notice delegating counsel to represent Petitioners' interests solely for the purpose of oral arguments to be held on August 16, 2006. For this purpose, Petitioners designate Shereen Charlick, Esq. of the Federal Defenders of San Diego, and Stephen Sady, Esq. of the Federal Public Defenders, District of Oregon.

Dated: Washington, DC
August 14, 2006

Respectfully submitted,

CLIFFORD CHANCE US LLP

*Julia Symon*
Julia Symon
DC Bar No. 456828
2001 K Street NW
Washington, DC 20006
(202) 912-5000 (tel)
(202) 912-6000 (fax)

e-mail: julia.symon@cliffordchance.com

James M. Hosking
31 W. 52nd Street
New York, NY 10019
(212) 878-8000 (tel)
(212) 878-8375 (fax)
e-mail: james.hosking@cliffordchance.com

*Of counsel*
Barbara J. Olshansky
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

*Counsel for Petitioners*