IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents )<br>) | 05-CV-2223(RJL) |

## RESPONSE TO COURT'S REQUEST FOR ADVICE
## OF PRIVILEGED COMMUNICATIONS

Further to the Court's August 7, 2006 Order, counsel for Petitioners advise that no Protective Order has been issued in this proceeding. As such, counsel have not been able to communicate with their clients to confirm what, if any, communications any Petitioners may have had with any other lawyers. Counsel from Clifford Chance can confirm that they have not had any privileged attorney-client communication prior to June 18, 2006 (or to date).

Dated: Washington, DC
August 15, 2006

Respectfully submitted,

CLIFFORD CHANCE US LLP

Julia Symon
DC Bar No. 456828
2001 K Street NW

Washington, DC 20006
(202) 912-5000 (tel)
(202) 912-6000 (fax)
e-mail: julia.symon@cliffordchance.com

James M. Hosking
31 W. 52nd Street
New York, NY 10019
(212) 878-8000 (tel)
(212) 878-8375 (fax)
e-mail: james.hosking@cliffordchance.com

*Of counsel*
Barbara J. Olshansky
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

*Counsel for Petitioners*