# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | )   05-CV-2223 (RJL) ) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) ) |

## (PROPOSED) ORDER

Upon consideration of Petitioners' Opposition to Respondents' Motion to Dismiss, it is ORDERED that (1) the Respondents' Motion to Dismiss the habeas actions of Petitioners Fahd Abdullah Ahmed Ghazy, Abdallah Yayhya Youssef Allsshaballi, Moath Hamza Ahmed Al Alwi and Mohammed Ali Hussain Khanina, be denied; and (2) the above-captioned case be stayed and held in abeyance pending Petitioners' exhaustion of their remedies in the Court of Appeals under the Detainee Treatment Act of 2005 and the decision of the Supreme Court in response to a renewed petition for certiorari to review the Court of Appeals' jurisdictional holding in *Boumediene v. Bush*, and/or the Supreme Court's determination of the constitutionality of the MCA in the pending appeal in *In re Ali*.

IT IS SO ORDERED.

DATED:

_____

United States District Judge

Richard J. Leon