IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAHD ABDULLAH AHMED GHAZY**, *et al.*,<br><br>                    Petitioners,<br>v.<br><br>**GEORGE W. BUSH, President of the United States**, *et al.*,<br>                    Respondents. | Civil Action No. 1:05-CV-02223(RJL) |

**UNOPPOSED MOTION FOR EXPEDITED ENTRY OF PROTECTIVE ORDER**

Petitioners respectfully move for the expedited entry of the standard habeas protective orders, namely: (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued by this Court on November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in the November 8, 2004 Amended Protective Order, first issued on December 13, 2004, all in *In Re Guantanamo Bay Detainee Cases* (together, the "Protective Order"). *See* Exhibits 1-3.

This motion is unopposed by the Respondents. Both Petitioners and Respondents reserve the right to seek modifications to the Protective Order and supplemental orders as appropriate in

NYA898520.3

-2-

the future. Respondents' consent to this Motion is without prejudice to the aforementioned reservation.

Dated: July 16, 2008

Respectfully submitted,

  s/
Julia C. Symon (DC Bar No. 456828)

CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC 20006
Tel: (202) 912-5000
Fax: (202) 912-6000

James M. Hosking
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 878-8000
Fax: (212) 878-8375

*Counsel for Petitioners*