IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FAHD ABDULLAH AHMED GHAZY**, *et al.*,  )<br>)<br>Petitioners,  )<br>v.  )<br>)<br>**GEORGE W. BUSH, President of the United States**, *et al.*,  )<br>Respondents.  )<br>) | **Civil Action No. 1:05-CV-02223(RJL)** |

**PROPOSED ORDER**

Upon consideration of the unopposed motion for entry of protective order, it is

ORDERED that (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued by this Court on November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in the November 8, 2004 Amended Protective Order, first issued on December 13, 2004, all in *In Re Guantanamo Bay Detainee Cases*, shall apply in the above-captioned case.

IT IS SO ORDERED.

DATED: _____                    _____
                                        Richard J. Leon
                                        United States District Judge Leon

NYA898520.3