**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FAHD ABDULLAH AHMED GHAZY**, *et al.*, ) | |
| ) | |
| **Petitioners,** ) | **Civil Action No. 1:05-CV-02223(RJL)** |
| **v.** ) | |
| ) | |
| **GEORGE W. BUSH, President of the United** ) | |
| **States,** *et al.*, ) | |
| **Respondents.** ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, undersigned counsel, Julia Symon, hereby requests that Hanna Madbak of the New York office of Clifford Chance US LLP be admitted to this Court *pro hac vice* for the purpose of representing Petitioners in the above-referenced matter. Undersigned counsel is a member in good standing with the Bar of this Court.

In support of this motion, undersigned counsel submits the accompanying Declaration of Hanna Madbak stating that he is a member of good standing of the New York Bar and has been admitted to practice in the United States District Court for the Southern District of New York and the United States Court of Appeals for the District of Columbia Circuit. Mr. Madbak has not been disciplined by any of the aforementioned bars. He is also the subject of a separate motion for admission *pro hac vice* to this Bar being filed simultaneously with this motion in another related matter. Both matters in which Mr. Madbak seeks admission *pro hac vice* relate to his representation of petitioners being held by the U.S. authorities at Guantánamo Bay.

Mr. Madbak's address is:

> Clifford Chance US LLP
> 31 West 52nd Street
> New York, New York 10019-6131
> Tel:  212.878.8221
> Fax:  212.878.8375

WHEREFORE, the Petitioners respectfully request that the Court grant this Motion.

Respectfully submitted,

_____/s_____
Julia Symon
(D.C. Bar # 456828)
CLIFFORD CHANCE US LLP
2001 K Street, N.W.
Washington, DC 20006-1001
Tel:  202.912.5000
Fax:  202.912.6000

July 18, 2008