IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FAHD ABDULLAH AHMED GHAZY,** *et al.*, ) | |
| ) | |
| **Petitioners,** ) | Civil Action No. 1:05-CV-02223(RJL) |
| **v.** ) | |
| ) | |
| **GEORGE W. BUSH, President of the United** ) | |
| **States,** *et al.*, ) | |
| **Respondents.** ) | |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Hanna Madbak to represent the Petitioners in the above-captioned matter, it is hereby:

ORDERED, that Hanna Madbak be admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as counsel to the Petitioners in the above-captioned case.

ENTERED this     day of July, 2008.

_____
Richard J. Leon
United States District Judge

NYB1595247.3