IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAHD ABDULLAH AHMED GHAZY,      )
     et al.,      )
                                  )
             Petitioners,      )
                                  )
     v.      )        Civil Action No. 05-2223 (RJL)
                                  )
GEORGE W. BUSH,      )
     President of the United States, *et al.,*      )
                                  )
            Respondents.   )

### <u>NOTICE OF APPEARANCE</u>

Please take notice of the appearance of the following counsel on behalf of respondents:

        WILLIAM G. KANELLIS
        U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        Room 5132
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20530
        202 305-0572

Dated: July 23, 2008                Respectfully submitted,

                                       GREGORY KATSAS
                                       Assistant Attorney General

                                       DOUGLAS N. LETTER
                                       Terrorism Litigation Counsel

_/s/ William G. Kanellis_
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
WILLIAM G. KANELLIS
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-3969

Attorneys for Respondents