**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
**FAHD ABDULLAH AHMED GHAZY**, *et al.*,    )
                                            )
      **Petitioners**,                       )
                                            )
v.                                          )   05-CV-2223 (RJL)
                                            )
**GEORGE W. BUSH, President of the**        )
**United States**, *et al.*,                )
                                            )
      **Respondents.**                      )
_____ )

**CONSENT MOTION TO RESCHEDULE
AUGUST 13, 2008 IN-CHAMBERS CONFERENCE**

An in-chambers conference has been scheduled in the above-captioned case for August 13, 2008, at 4:00 p.m. Petitioners respectfully move this Court to reschedule the August 13, 2008 conference to the following week.[1]

The two counsel for Petitioners who have security clearances are scheduled to be at Guantánamo Bay during the week of August 10-15 meeting with the Petitioners.[2] As is necessary with travel to Guantánamo Bay, this trip was scheduled months in advance and would be difficult to reschedule. Undersigned counsel understands that one of the purposes of the in-chambers conference on August 13th is to discuss steps going forward in light of the classified CSRT returns that we expect to obtain access to today. The two counsel for Petitioners who have security clearances and who will be at Guantánamo Bay at the time of the currently

---

[1] Pursuant to L. Cv. R. 7(m), Respondents' counsel has been notified of this motion and consents.
[2] A third counsel with clearance has been relocated to Clifford Chance's Dubai office and is no longer available to assist with this matter. As discussed in the Status Report, a fourth applicant for security clearance is still waiting for approval from the Government.

scheduled conference are the only counsel for Petitioners who can discuss issues involving classified information. In addition, undersigned counsel believe that the in-chambers conference will be more productive with the benefit of having discussed the recent developments in the litigation with their clients.

Having conferred, Petitioners' and Respondents' counsel could be available for the in-chambers conference during the week of August 18th at the Court's convenience.[3]

Dated: August 1, 2008

Respectfully submitted,

By: _____/ s /_____
Julia C. Symon (DC Bar No. 456828)
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC  20006
Tel:      (202) 912-5000
Fax:      (202) 912-6000

James M. Hosking
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel:      (212) 878-8000
Fax:      (212) 878-8375

*Counsel for Petitioners*

---

[3] Petitioners' counsel are available for a re-scheduled conference at any time during the week of August 18th at the Court's convenience. Respondents' counsel consent to rescheduling the conference and are generally available during the week of August 18th but were unable to confer with all of the expected participants regarding their specific availability during that week.