**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FAHD ABDULLAH AHMED GHAZY**, *et al.*, | ) ) ) | |
| **Petitioners,** | ) ) | |
| v. | ) ) | 05-CV-2223 (RJL) |
| **GEORGE W. BUSH**, President of the United States, *et al.*, | ) ) ) ) | |
| **Respondents.** | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Petitioners' Consent Motion to Reschedule the August 13, 2008 In-Chambers Conference, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the August 13 in-chambers conference in the above-captioned case is rescheduled for August __, 2008, at ____.

SO ORDERED.

Date: _____          _____
                                          RICHARD J. LEON
                                          United States District Judge

3

WA416341.1