IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**FAHD ABDULLAH AHMED GHAZY**, *et al.*,  )
                                    )
      **Petitioners**,        )
                                    )
v.                                  )     05-CV-2223 (RJL)
                                    )
**GEORGE W. BUSH, President of the** )
**United States**, *et al.*,        )
                                    )
      **Respondents.**       )
_____ )

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE BY CERTAIN PETITIONERS OF PETITIONS FOR WRITS OF HABEAS CORPUS

      Petitioners Fadi Ahmed Al Maqaleh and Zaher Omer Bin Hamdoon and their respective Next Friends, through their counsel, hereby withdraw their petitions pending in the above-captioned proceeding without prejudice. The Court and counsel for Respondents were advised of this intended withdrawal at the status conference held on July 24, 2008. Respondents have no objection to the withdrawal. All other Petitioners and Next Friends identified in the proceeding remain unchanged.

Dated: August 7, 2008

      Respectfully submitted,

By: ___s/_____
    Julia C. Symon (DC Bar No. 456828)
    CLIFFORD CHANCE US LLP
    2001 K Street NW
    Washington, DC 20006
    Tel:    (202) 912-5000
    Fax:    (202) 912-6000

James M. Hosking
Hanna Madbak
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel:     (212) 878-8000
Fax:    (212) 878-8375

*Counsel for Petitioners*