UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | 05-CV-2223 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF SUBSEQUENT AUTHORITY**

Petitioners respectfully call the Court's attention to the order of the United States Court of Appeals for the District of Columbia Circuit reinstating the decisions of the Court of Appeals in *Bismullah v. Gates*, 501 F.3d 178 (D.C. Cir. 2007) (*Bismullah I*) and *Bismullah v. Gates*, 503 F.3d 137 (D.C. Cir. 2007) (*Bismullah II*). *See Bismullah v. Gates*, No. 06-cv-1197 (Aug. 22, 2008) (copy attached). This order is relevant to the issue of the Government's discovery obligations, which were discussed in the briefs filed in response to the Court's July 30, 2008 Order and in the hearing on August 21, 2008.

The Court of Appeals' order in *Bismullah* confirms the Government's obligation to preserve and produce all information in its possession in a proceeding under the Detainee Treatment Act of 2005 (DTA), Pub. L. No. 109-148, § 1005(e)(2), 119 Stat. 2742-43 (Dec. 30, 2005). *See Bismullah I*, 501 F.3d at 192 ("We conclude the record on review consists of the Government Information, that is, all 'reasonably available information in the possession of the U.S. Government bearing on the issue of whether the detainee meets the criteria to be designated as an enemy combatant.'"). Both the Supreme Court and the D.C. Circuit have recognized that

the DTA involves *less* searching review than is required on habeas. *See Boumediene v. Bush*, 128 S. Ct. 2229, 2266 (2008) ("[T]he procedures adopted [in the DTA] cannot be as extensive or as protective of the rights of the detainees as they would be in § 2241 proceedings."); *Parhat v. Gates*, No. 06-1397, 2008 WL 2576977, at *15 (D.C. Cir. June 20, 2008) ("The habeas proceeding will have procedures that are more protective of Parhat's rights than those available under the DTA."). Accordingly, in the context of the *more* rigorous habeas review, the Court should order the Government to search for and produce all exculpatory information—if not all information—that is "reasonably available" to the Government and that bears on the Petitioners' detention.

Dated: August 26, 2008

        Respectfully submitted,

        By: __/s/_____

        CLIFFORD CHANCE US LLP

        Julia Symon (Bar No. 456828)
        2001 K Street NW
        Washington, DC 20006
        Tel:    (202) 912-5000
        Fax:   (202) 912-6000
        e-mail: julia.symon@cliffordchance.com

        James Hosking
        Hanna Madbak
        31 West 52nd Street
        New York, NY 10019
        Tel:    (212) 878-8000
        Fax:   (212) 878-8375
        e-mail: james.hosking@cliffordchance.com

        *Counsel for Petitioners*