# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 06-1197** | **September Term 2007** |
| | **CSRT-ISN-968** |
| | **Filed On:** August 22, 2008 |

Haji Bismullah, also known as Haji Bismillah, also known as Haji Besmella and Haji Mohammad Wali, Next Friend of Haji Bismullah,

    Petitioners

    v.

Robert M. Gates, Secretary of Defense,

    Respondent

    **BEFORE:**    Ginsburg, Henderson*, and Rogers, Circuit Judges

### O R D E R

Upon consideration of petitioners' motion to reinstate the court's decisions in Bismullah I and Bismullah II, the response thereto, and the reply; and respondent's cross-motion to modify the protective order to conform to the Supreme Court's ruling, and the response thereto, it is

**ORDERED** that the motion to reinstate the court's decisions be granted. The Clerk is to note the docket accordingly. It is

**FURTHER ORDERED** that the cross-motion to modify the protective order be dismissed as moot.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

        BY: /s/
        Nancy G. Dunn
        Deputy Clerk

---

* Judge Henderson would deny the motion to reinstate the court's decisions and would grant the cross-motion to modify the protective order.