**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BOUMEDIENE v. BUSH** | ) | Civil Case No. 04-1166 (RJL) |
| **SLITI v. BUSH** | ) | Civil Case No. 05-0429 (RJL) |
| **KABIR v. BUSH** | ) | Civil Case No. 05-0431 (RJL) |
| **MAMMAR v. BUSH** | ) | Civil Case No. 05-0573 (RJL) |
| **AL KAHAIY v. BUSH** | ) | Civil Case No. 05-1239 (RJL) |
| **AL GINCO v. BUSH** | ) | Civil Case No. 05-1310 (RJL) |
| **AL BIHANI v. BUSH** | ) | Civil Case No. 05-1312 (RJL) |
| **GHAZY v. BUSH** | ) | Civil Case No. 05-2223 (RJL) |
| **RUMI v. BUSH** | ) | Civil Case No. 06-0619 (RJL) |
| **OBAYDULLAH v. BUSH** | ) | Civil Case No. 08-1173 (RJL) |

**BRIEFING ORDER**
(August 28, 2008)

Upon review of the petitioners' notice of subsequent authority regarding the D.C. Circuit's *Bismullah* decisions and the parties' representations made at the August 27, 2008 status conference, it is hereby

**ORDERED** that, by September 3, 2008, counsel for petitioners and the government may each file one supplemental brief addressing the applicability of the D.C. Circuit's *Bismullah* decisions to the habeas proceedings for the Guantanamo Bay detainees. Alternatively, each party may rely on the arguments made in previous pleadings. The parties shall not file responses.

2

If counsel for the petitioners file a supplemental brief, they are directed to file one consolidated brief for the above-captioned cases.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

2