IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHAZY,<br>      Petitioner,<br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    et al.,<br>      Respondents. | Civil Action No. 05-cv-2223 (RJL) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

        SCOTT D. LEVIN
        U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        Room 8130
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20530
        202-616-9193
        Email: scott.levin@usdoj.gov

Dated: September 5, 2008        Respectfully submitted,

                                        GREGORY G. KATSAS
                                        Assistant Attorney General

                                        JOHN C. O'QUINN
                                        Deputy Assistant Attorney General

/s/ *Scott D. Levin*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
SCOTT D. LEVIN (D.C. Bar No. 494844)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 616-9193
Fax:  (202) 616-8470

Attorneys for Respondents