UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*, ) | |
| ) | |
| Petitioners, ) | Civil Action No.  1:05-CV-02223(RJL) |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, President of the United ) | |
| States, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

DECLARATION OF JAMES M. HOSKING
IN SUPPORT OF MOTION FOR EXTENSION
OF TIME TO FILE AUTHORIZATIONS

The undersigned, James M. Hosking, attorney, declares and states as follows:

1.      I am a Partner at Clifford Chance US LLP and counsel in this proceeding.  On November 15, 2005, Clifford Chance US LLP filed this *habeas* petition in reliance on authorizations obtained from "Next Friends" of each of the named Petitioners.  This motion is filed on behalf of two of those Petitioners, namely Messrs. Abdallah Yahya Youssef Allsshaballi (ISN 240) and Mohammed Ali Hussain Khanina (ISN 254), in this matter.  True copies of the Next Friend authorization forms for each of those Petitioners are attached as Exhibits 1 and 2.

2.      The Protective Order in this case was entered on July 18, 2008.  The Protective Orders in the Petitioners' corresponding actions under the Detainee Treatment Act were issued on September 6, 2007, however the classified portions of the CSRT record (containing the Respondents' purported justification for detaining Petitioners) for each detainee were not made

NYB1599763.1

available until April 2008.  It was only at this stage, and having obtained the necessary security clearance, that a trip to Guantánamo Bay could be contemplated.

3.    Clifford Chance lawyers have now made two trips to Guantánamo: one in the week of May 19, 2008 and one in the week of August 11, 2008.  Clifford Chance currently represents six detainees at Guantánamo and our time at the base has to be divided accordingly.

4.    During those trips we have been able to meet with Mr. Allsshaballi during only one "session," on May 22, 2008, which due to operational restraints imposed by the Government lasted only about two hours.  We have not yet been able to meet with Mr. Khanina.  We have also had some limited written correspondence with each of the Petitioners.

5.    Petitioners have been incarcerated at Guantánamo for more than six years, during which time, upon information and belief, they have been exposed to misinformation, mistreatment and abuse.  They have also been the subject of literally hundreds of hours of interrogations.  Given this background, and counsel's recent and limited interaction with them, it has been very difficult to establish the necessary degree of confidence and trust that would make them amenable to providing an authorization in the form required by this Court's July 30, 2008 Order.

6.    In an effort to comply with the Court's Order, my colleagues Hanna Madbak and Siham Nurhussein, have requested approval from Respondents to visit Guantánamo on October 8-12, 2008 in order to meet Messrs. Allsshaballi and Khanina and obtain the requested authorizations. Clifford Chance US LLP has already booked flights, hired an Arabic interpreter and reserved accommodation for this purpose.  Our visit request is still pending with Respondents.  We have also alerted Petitioners by mail of our impending visit for this purpose.

7.    Petitioners' counsel are not attempting to meet with Messrs. Allsshaballi and Khanina during the month of September as Petitioners are practicing Muslims who will be strictly observing Ramadan during that time, meaning that, among other things, these Petitioners do not eat or drink from sunrise to sunset (when meetings with counsel are permitted) and focus their thoughts on religious and spiritual matters.   On the advice of others, a meeting to discuss such important matters as obtaining authorizations during this period of great spiritual significance and personal sacrifice would be counter-productive.    Petitioners' counsel have therefore requested to meet with Petitioners during the first full week following Eid ul-Fitr, the end of Ramadan, which falls on October 1st this year.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2008

James M. Hosking, Esq.

**CLIFFORD CHANCE US LLP**

31 West 52nd Street

New York, NY 10019

Phone: 212 878-8000

Fax: 212 878-8375

James.Hosking@CliffordChance.com

NYB1599763.1