# Exhibit 2

## AUTHORIZATION

I am ___Ali Hussein Khanina___, and a citizen of ___Yemen___.
I have had the concept of "Next Friend" explained to me in my native language. I wish to act as Next Friend for ___Mohammad Ali Hussein Khanina___ who is my ___Son___ and is being held at Guantanamo Bay. He is a citizen of ___Yemen___.

I hereby authorize:

Tina Monshipour Foster (and the Center for Constitutional Rights),

Julia Symon (and the law firm of Clifford Chance US LLP),

_____; and

any person assigned by these lawyers,

to act on my behalf and on my relative's behalf, to secure any documentation and information concerning my relative that are necessary for his defense and to seek whatever redress they believe to be in his best interests in the courts of the United States and in any other legal forum available. I am sure that my relative would want me to assert these rights.

Dated:    ___26___ day of ___January___ 2006

Print Name: ___Ali Hussein Khanina___

Witnessed:

Print Name of Witness: _____