IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD ABDULLAH AHMED GHAZY, et al., | ) ) ) ) |
| Petitioners, | ) ) |
| v. | Civil Action No. 05-2223 (RJL) ) ) |
| GEORGE W. BUSH, President of the United States, et al., | ) ) ) ) |
| Respondents. | ) ) ) |

## NOTICE OF FILING OF FACTUAL RETURNS

Respondents have submitted to the Court Security Officer for filing their factual returns in the above-captioned case, for the following petitioners[1]:

| Petitioner | ISN |
|---|---|
| Ghazy | 26 |
| Al Alwi | 28 |

The returns contain information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

---

[1] On October 20, 2008, the parties filed with the Court a Joint Stipulation of Dismissal Without Prejudice of the cases of petitioners Allsshaballi (ISN 240) and Khanina (ISN 254). *See* Docket No. 71.

Dated: October 21, 2008   Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


*/s/ Paul E. Ahern*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JUDRY L. SUBAR (D.C. Bar No. 347518)
PAUL AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  202.305.0633
Fax: 202.616.8470

Attorneys for Respondents