**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FAHD ABDULLAH AHMED GHAZY,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-2223 (RJL)** |
| | ) | |
| **GEORGE W. BUSH,** | ) | |
| **President of the United States,** | ) | |
| ***et al.,*** | ) | |
| | ) | |
| **Respondents.** | ) | |

**<u>NOTICE OF ERRATA</u>**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, and the Court's orders of September 23, 2008, and October 31, 2008, Respondents respectfully submit this notice of errata relating to the filing of documents supporting Respondents' classified and unclassified returns.

On Monday, November 10, 2008, counsel for Respondent learned that certain documents cited by the Government in support of its factual return for petitioner Moath Hamza Ahmed al Alwi (ISN 028) had not been included among the documents filed with the return, and had been omitted from Respondent's Exhibit List. To correct this omission, Respondent attaches the unclassified version of these documents to this filing, as well as a corrected, unclassified Exhibit List. On this date, Respondent also produces the classified version of these documents, as well as a corrected Exhibit List, to the Court Security Officer. These errata do not, in any way, affect or otherwise alter the substance of Respondents Narrative for the Return of Mr. al Alwi (ISN 028).

Dated:  November 13, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


  /s/ William G. Kanellis
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL AHERN
WILLIAM G. KANELLIS
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 305-7919
Fax: (202) 305-0568