~~SECRET//NOFORN~~

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOATH HAMZA AHMED AL ALWI, | ) | |
| et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | Civ. Action No. 05-2223 (RJL) |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

### EXHIBIT LIST For ISN 028

Declaration of ██████████, "Use of Intelligence Products in the Targeting and Operational Cycles in Operation Enduring Freedom" (August 22, 2008)

Declaration of ███████████████, "Background Declaration – Intelligence 101" (September 19, 2008)

Declaration of ███████████████, "Background Declaration – Names, Aliases, Kunyas and Variants" (September 19, 2008)

Declaration of ████████, "Background Declaration – Guest Houses" (September 19, 2008)

Declaration of ███████, "Background Declaration – Terrorist Training Camps" (September 19, 2008)

Declaration of ████████, "Tora Bora" (September 19, 2008)

ISN 027 FD-302 (March 18, 2002)
ISN 028 FD-302 (May 5, 2002)
ISN 028 FD-302 (July 26, 2002)
ISN 028 FD-302 (August 15, 2002)
ISN 028 FD-302 (April 14, 2003)
ISN 028 FD-302 (May 8, 2003)
ISN █ FD-302 (May 19, 2002)
ISN █ FD-302 (May 12, 2002)
ISN █ FD-302 (March 17, 2003)
ISN █ FD-302 (April 2, 2003)
ISN █ FD-302 (June 11, 2003)

~~SECRET//NOFORN~~

**SECRET//NOFORN**

ISN ▮ FD-302 (June 25, 2003)
ISN ▮ FD-302 (November 2, 2002)
ISN ▮ FD-302 (November 26, 2002)
ISN ▮ FD-302 (ISN 850) (June 5, 2003)

ISN 028 FM40 (April 14, 2003)
ISN ▮ FM40 (March 10, 2004)
ISN ▮ FM40 (June 14, 2004)
ISN ▮ FM40 (April 14, 2005)
ISN ▮ FM40 (June 12, 2004)

ISN 028 MFR (May 3, 2003)
ISN ▮ MFR (April 10, 2002)

ISN 028 KB (February 7, 2002)

FBIS GMP20050321000188
FBIS GMP20050323000113

ISN ▮ SIR (April 5, 2007)
ISN ▮ SIR (November 12, 2004)
ISN ▮ SIR (December 31, 2004)

IIR 2 340 6373 02
IIR 2 340 6467 02
IIR 2 340 6526 02
IIR 2 340 6623 02
IIR 2 340 6828 02
IIR 4 201 0851 05
IIR 6 034 0039 03
████████████
IIR 6 034 0059 05
████████████
IIR 6 034 1014 03
IIR 6 034 1283 03
IIR 6 044 0015 02
IIR 7 739 0605 02
DOD/CITF Memorandum (May 14, 2004)
DOD Assessment Support Package for ISN ▮

Map of Saudi Arabia and Yemen
Map of Afghanistan

**SECRET//NOFORN**

SECRET//NOFORN

Map of Tora Bora region of Afghanistan
Map of Afghanistan-Pakistan Border

