SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOATH HAMZA AHMED AL ALWI,   )
     et al.,    )
          )
    Petitioners, )
          )    Civ. Action No. 05-2223 (RJL)
v.         )
          )
GEORGE W. BUSH,   )
  President of the United States, )
       et al., )
          )
    Respondents. )

ISN ▌ FD-302 (March 18, 2002)

SECRET//NOFORN

**FEDERAL BUREAU OF INVESTIGATION**

Date of

transcription

Investigation on                                  at
File #                                                        Date dictated
by

agency;

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your

it and its contents are not to be distributed outside your agency.

03/18/2002

On 03/16/02, ███████████████, aka: ███████████████, aka ████████████████████████, detained at Guantanamo Bay (GTMO) Naval Base, Cuba, was interviewed by the writers. Also present during the interview was Language Specialist SPC ████████████, United States ████████████. The interview began at approximately 0850 during which time ████ was provided with both food and water. ████ was advised of the nature of the interview and the identity of the interviewing agents. ████ subsequently provided the following information:

Full Name:      ████████████████
Date of Birth:  ████████████████
Place of Birth: Aden, Yemen
Father:         deceased
Mother:         █
Brothers:       █ -36 years old
                - 26 years old
                - 25 years old
                - 23 years old

Sisters:        █ - 38 years old
                - 28 years old
                - 17 years old
                - 16 years old

**EDUCATION:**

████ attended a religious school in Yemen called the ████ ██N. The school was located in Taiz, Yemen. The course of study was primarily the laws if Islam. ████ attended the school for three years under the tutelage of ████████████████. ████ is described as a heavy set Yemeni male in his mid-30's with light skin and a long beard. After three years ████ had to do what he called a "mission" or it would be considered a sin. He stated that he decided to go to Afghanistan in order to teach the people there the right ways of Islam. He denied that anyone in particular influenced him to go to Afghanistan and was unable to provide any information regarding anyone else from his school that traveled to Afghanistan.

████ met a Pakistani male named ████████ who was studying at another religious school. ████ provided him with

03/16/02          Guantanomo Bay, Cuba

03/16/02                    2

directions written in both arabic and urdu detailing how to reach the Taliban House in Quetta, Pakistan.

## TRAVEL TO AFGHANISTAN:

In March of 2001, ███████ decided to leave for Afghanistan. Following the directions provided to him by ███████████ flew to Dubai and after a short layover continued on to Karachi, Pakistan. The money for the trip was given to him by his oldest brother, ████. ████ is described as 6'2", heavy set with a close cropped beard. He has scars from burns on his arm, leg and ears. He is employed by the Yemeni government as a truck driver for ████████████. From Karachi, ██████ traveled by bus for approximately 12 hours to Quetta, Pakistan. Upon reaching Quetta, ██████ asked various people to direct him to the Taliban House. He was unable to recall the directions or address other than to describe the building as a older one story structure with a small prayer room and several bath rooms inside. Approximately thirty people most of whom were Afghan males occupied the house. An Afghan Taliban male named ███████████ met him at the house and made arrangements for him to travel to Kandahar. ██████ admitted seeing only one weapon at the Taliban house which he described as a short assault weapon with a shoulder sling. The word ██████ used to describe it was "allis" (phonetic).

At approximately 0900 on the morning of his arrival at the Taliban House, ██████ departed for Afghanistan by vehicle. The driver of the vehicle took him as far as Buldak, Afghanistan. Though ██████ had in his possession a visa, the Pakistani border guards just waved them across. In Bulduc, the driver of the vehicle departed and UTHMAN continued on in a small van with about 10 other people. ██████ denied knowing any of the other people in the van. After many hours travel, the van arrived in Kandahar.

## ACTIONS IN AFGHANISTAN:

Upon arriving in Kandahar, ██████ went to a University named ███████████. There were many Afghan students at this school and no other Arabs. He stayed at the school for about five days during which time he met ███████████████ is described as having thin build and a long beard with a ████████████████████. ██████ spoke both arabic and pushtu. ██████ and ██████ traveled to Kabul and frequented a mosque called ███████████. For the next nine months, ██████ and ██████ traveled back and forth between Khost and Kabul. ██████ stated that their job was teaching children the Koran.

## DEPARTURE FROM AFGHANISTAN:

After approximately nine months, ██████ told ██████ that he should return home because the war had reached Khost. ██████ knew that American Forces were fighting the Taliban because he could see the planes in the sky and had heard about the attacks in New York. On the 22nd day of ████████, ██████ met up with a group of 31 other Arabs who would

be guided by three Afghan males. The group traveled by foot arriving in Parchinar, Pakistan after eight days. ▇▇▇ no longer had his passport nor any money by this time. He stated that either ▇▇▇ or ▇▇▇ brother might have stolen them. When questioned about this ▇▇▇ said that ▇▇▇ did not have a brother and then contradicted himself by saying he had a brother that lived outside of Khost. When pressed about his passport, ▇▇▇ could not account for its absence.

The group planned to travel from Parchinar to Beshawa to Karachi. Three arab males who accompanied him were ▇▇▇▇▇▇ ▇▇▇, and ▇▇▇▇▇▇) whom ▇▇▇ knew from his school days in Taiz. ▇▇▇ stated that he had seen both ▇▇▇ and ▇▇▇ while detained at Guantanamo Bay, Cuba. ▇▇▇ denied having a weapon during this foot march.

**CAPTURE:**

▇▇▇ denied being captured but stated that he and the other members of his group turned themselves in to the Pakistani Police Force in Parchinar. The following day his entire group was arrested and subsequently transferred to a prison facility in Peshawar. Fifteen days after reaching Peshawar, they were handed over to American Military Personnel.

**MISCELLANEOUS:**

▇▇▇ denied membership in or being affiliated in any way with either the Taliban or Al-Qaeda. ▇▇▇ was shown a picture of ▇▇▇ ▇▇▇▇▇▇ and denied having any knowledge or association with him.

Case 1:05-cv-02223-RJL     Document 80-2     Filed 11/13/08     Page 5 of 34

~~SECRET//NOFORN~~

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOATH HAMZA AHMED AL ALWI,<br>et al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. Action No. 05-2223 (RJL) |

# ISN ███ FD-302 (May 19, 2002)

~~SECRET//NOFORN~~

FD-302 (Rev. 10-6-95)

**FEDERAL BUREAU OF INVESTIGATION**

Date of
transcription

Investigation on                              at
File #                                                      Date dictated
by
This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your
agency;
it and its contents are not to be distributed outside your agency.

05/19/2002

███████████, Interment Serial Number ████████████, was interviewed at Camp Delta, Guantanamo Bay, Cuba by Special Agent (SA) ████████ (CID) and SA ███████████████ (FBI). Linguist ██████ █████ served as interpreter in the Arabic Language. After being advised of the identity of the interviewing agents and the purpose of the interview, ████ provided the following information voluntarily:

███████████ true name is █████████████████.

████████████ grew up in the city of Taizz in Yemen where he attended the ████████ high school. ██████████ enjoyed his Islamic studies. Upon graduating from high school, █████████ continued studying the Koran.

███████████ wanted to fulfil his Muslim obligation to teach the illiterate how to read the Koran. █████████ met ████████████ at the ███████████ mosque located in Taizz. ████████████ suggested that ████████ travel to Afghanistan to fulfil his obligation.

AL RAHIZ provided the following description of ████████:

Name:            ███████████
Nationality:     Yemen
Sex:             Male
Height:          Approximately 5'0"
Build:           Medium to heavy
Language:        Arabic

███████████ spoke with his Sheik, ███████████████ concerning his desire to travel to Afghanistan and teach the Koran. Even though █████████ supported the idea, █████████ decided to speak with a well known Yemeni Sheik, ████████████████████ also supported the idea, but instructed █████████ to avoid becoming involved with the Afghani's internal problems.

███████████ traveled to Afghanistan in the later part of 1999, where he spent the two years teaching eighteen students to read the Koran in the village SHOORANDAB.

The Iman of the village, ████████████████ came to ██████████ late in 2001 and informed him of the war in Afghanistan. ██████ suggested that ████████ return to Yemen for his own safety. After agreeing to

05/16/2002    Guantanamo Bay, Cuba

████████████████████████████████████████
████████████████████████

FD-302a
Continua

On
, Page

05/16/2002                                    2

leave Afghanistan, ███ escorted ███████ to a village near Khost, where an Afghani guide was preparing to escort approximately twenty seven to thirty Arab men across the mountains to Pakistan. ██ ██████ joined this group and traveled across the mountains for the next seven to eight days.  Upon entering Pakistan, the group surrendered themselves to the Pakistani authorities.

████████ rarely spoke with his traveling companions during their trip.  AL RAHIZ further stated that he did not know any of his traveling companions.

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MOATH HAMZA AHMED AL ALWI,　)
　　　　　　　　et al.,　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Petitioners,　　　)
　　　　　　　　　　　　　　　)　　　　Civ. Action No. 05-2223 (RJL)
　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
GEORGE W. BUSH,　　　　　　　)
　　President of the United States,　)
　　　　　　　　　　et al.,　　　)
　　　　　　　　　　　　　　　)
　　　　　　Respondents.　　　　)


# ISN ▉ FD-302 (November 2, 2002)

SECRET//NOFORN

**FEDERAL BUREAU OF INVESTIGATION**

Date of

transcription

Investigation on                        at
File #
by                                         Date dictated

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your

agency;

it and its contents are not to be distributed outside your agency.



11/02/2002

███████████, a.k.a., ███████████, Internment Serial Number (ISN) ███████████ was interviewed at Camp Delta, United States Naval Base, Guantanamo Bay, Cuba by Detectives ███████████ and Detective ███████████ assigned to ███████████ and Language Specialist ███████████. ███████ translated the interview in the Pushtu language. ███████ provided the following information.

███████ states that after the Taliban took control of Kabul, he became a translator at a guest house in Wazir-Akbar Khan on 15 Road for $1000 Afganis for the Arabs. He would translate for the arabs when they went to the market or spoke with Taliban officials in regards to getting a special permit to carry their weapons in the city.

███████ states that he then was asked to go to the Ashara guest house in Karta, Parwan by ███████, an Iraqi, who ran the guest house there. ███ needed ███ to translate when he spoke with ███████ who was the leader of the Taliban soldiers in the North of Kabul.

███████ states that ███ was assigned by ███████ to be in charge of the Arab fighters and ███████ would tell ███ where to place the Arab fighters on the defense line in the North of Kabul.

███████ states that Arab fighters who stayed at the guest house named Azam in Shar-New, would leave all their documents, passports and belongings when they went to the defense line in Kabul. When they returned their property would be given back to them and if they were killed their property would be shipped to a unknown location in Kandahar.

███████ states that the Arabs were not allowed to bring weapons into the guest house without the permission of ███████.

███████ states that when the September 11 2001, attack occurred in New York City the Taliban became very upset with Al Queda. ███ told all the Arabs not to tell the Afganis that Al Queda was responsible for the attack.

███████ states that the leaders of the Taliban wanted to give USAMA BIN LADEN (UBL) to the Americans but ███████ stated that he gave his word to UBL and he would not go back on his word.

11/01/02            Guantanamo Bay, Cuba

FD-302a
Continua

On
, Page

SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOATH HAMZA AHMED AL ALWI,  )
       et al.,     )
            )
     Petitioners,   )
            )    Civ. Action No. 05-2223 (RJL)
  v.          )
            )
GEORGE W. BUSH,     )
   President of the United States,  )
        et al.,   )
            )
     Respondents.   )

IIR 2 340 6828 02



SECRET

 SUBJ IIR 2 340 6828 02/DRAGON TOWER-- AF (U)

CITE: (U) 202/TF-845-02/DR.

SERIAL: (U) IIR 2 340 6828 02.

PASS: (U) DIA//DH-6//.

COUNTRY: (U) AFGHANISTAN (AF).

IPSP: (U) IFC1580.

SUBJ: IIR 2 340 6828 02/DRAGON TOWER-- ███████████████ ████████████████ (U)

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE. REPORT CLASSIFIED SECRET.
----------------------------------------------------------------
DEPARTMENT OF DEFENSE
----------------------------------------------------------------
DOI: (U) 20011101.

REQS: (U) U-UDX-1580-007-01.

SOURCE: (C)

SUMMARY: (S)

TEXT: 1. (S)

2. (S)

3. (S)

4. (S)







30. (S)

31. (S)

32. (S)

33. (S)

34. (S)

35. (S)

-
COMMENTS: (FIELD COMMENTS)-- 1. (C)

2. (C)

3. (U) SOURCE IS AVAILABLE FOR RECONTACT.
4. (U) THIS IIR RESPONDS TO CONSUMER IIR EVALUATION/CIAC
C31423400681; CITE IIR 2 340 6666 02, DTG 121917Z MAR 02.
5. (U) DIRECT QUESTIONS OR COMMENTS TO██████████████
███████.

-
COLL: (U) DD.
INSTR: (U) US NO.
 PREP: (U) 2-A0354.
ENCL: (U) TO FOLLOW-- ONE ENCLOSURE.

(U), ONE FILE, "IIR 6828-ENCL.PPT", 20011101, ONE PAGE (S).
ACQ: (U) KANDAHAR, AF (20020404).
DISSEM: (U) FIELD-- NONE.
WARNING: (U) REPORT CLASSIFIED S E C R E T.
DRV FROM--
DECL: (U) X1.

Unclassified//For Public Release

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOATH HAMZA AHMED AL ALWI, )<br>          et al.,                              )<br>                                             )<br>          Petitioners,                 )<br>                                             )<br>v.                                           )<br>                                             )<br>GEORGE W. BUSH,                    )<br>     President of the United States,  )<br>                           et al.,            )<br>                                             )<br>          Respondents.              ) | Civ. Action No. 05-2223 (RJL) |

# ISN 045 MFR (April 10, 2002)

Unclassified//For Public Release                    Delcassifed By: LC  30 OCT 2008

SECRET//NOFORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOATH HAMZA AHMED AL ALWI,  )
                 et al.,  )
                        )
           Petitioners,  )
                        )           Civ. Action No. 05-2223 (RJL)
    v.  )
                        )
GEORGE W. BUSH,  )
     President of the United States,  )
                 et al.,  )
                        )
         Respondents.  )

ISN ███ MFR (April 10, 2002)

SECRET//NOFORN

Unclassified//For Public Release

████████████

JTF-170 INTG TM 2   (381-10)                    APRIL 10, 2002

MEMORANDUM FOR RECORD

SUBJECT:   ████  //GTMO-0070//████████████  ████████████
████████████    SOURCE IS A 22 YEAR OLD YEMENI CITIZEN WHO
CLAIMS TO HAVE BEEN IN AFGHANISTAN AS A RELIGIOUS MISSIONARY.
SOURCE WAS DETAINED AS HE ATTEMPTED TO LEAVE AFGHANISTAN AND
ENTER PAKISTAN.  SOURCE'S RELIABILITY HAS NOT BEEN DETERMINED.



███████████████████████████  I INTERVIEWED ████████
████████  ON 20020410 ████████████  IN ARABIC.  (b)(1) Sec 1.4
WAS MY INTERPRETER.
████████████████

2.  ████  ████████████████████████████████████████████

2A.  ████████████████████████.   IN 1997, SOURCE MET A YEMENI NAMED
████████████  IN A DISCUSSION GROUP IN THE ████████  MOSQUE IN
TAAZ, YM.  THE ████████  MOSQUE IS LOCATED ON ████████  STREET
IN TAAZ AND IS NEXT TO ████████████.   SOURCE CLAIMS HE
SPOKE OFTEN OF THE PLIGHT OF THE AFGHAN PEOPLE BUT NEVER
SPECIFICALLY ABOUT JIHAD.  HE HAD NO KNOWN CONNECTION TO ████
████████  SOURCE KNEW OF NO OTHER NAMES FOR ████████  SOURCE
WAS UNABLE TO PROVIDE ANY USEFUL PHYSICAL DESCRIPTION OF ████
████

2B.  ████  ████████████████  IN 1999, SOURCE SPOKE WITH ████████
████████████  OF YEMEN BEFORE LEAVING FOR AF.  THIS WAS THE ONLY
TIME SOURCE MET ████████████  SOURCE CLAIMS ████████  WARNED
HIM AGAINST PARTICIPATING IN JIHAD.

2C.  ████  TRAVEL.  SOURCE GAVE HIS PASSPORT ████████████  TO
████████  A FEW WEEKS PRIOR TO LEAVING YM.  ████████  RETURNED THE
SAME PASSPORT TO THE SOURCE ALONG WITH A PAKISTANI VISA.  ████
████  ALSO PROVIDED $450USD, ROUND-TRIP AIRLINE TICKETS, AND AN
ADDRESS TO THE BAKH HOTEL NEAR KARACHI LOCATED IN A PLACE CALLED
SADORBAZA.  ████████  BROUGHT SOURCE TO THE AIRPORT.  SOURCE FLEW
FROM YM TO KARACHI.  NO ONE MET HIM AT THE AIRPORT.  SOURCE TOOK
A TAXI TO SADORBAZA TO STAY THE NIGHT IN THE HOTEL.  NO ONE MET
HIM OR APPROACHED HIM AT THE HOTEL.  ████████  HAD PROMISED TO
CALL HIM AT THE HOTEL BAKH BUT NEVER DID.  SOURCE THEN TOOK A

████████████

Unclassified//For Public Release                    Delcassifed By: LC  30 OCT 2008

Unclassified//For Public Release

TAXI TO QUETTA, PK AND WENT DIRECTLY TO THE ██████████ IN QUETTA. SOURCE STAYED THE NIGHT AT THE ██████████ AND MET AN AFGHANI MAN WHO SPOKE EXCELLENT ARABIC, NAMED ██████ ██████████ WHO WAS APPROX 30/31 YRS OLD AND HAD NO REMARKABLE FEATURES. ██████████ THEN DROVE THE SOURCE AND TWO U/I AFGHANS TO A VILLAGE IN AF CALLED SHURANDAM. ██████████ WAS ██████████ MOSQUE IN SHURANDAM ██████████ 2D. ██████████████████████ AND THE ██████████████ MOSQUE. SOURCE LIVED AND TAUGHT AT THE MOSQUE FOR TWO YEARS. SOURCE HAD HIS OWN ROOM AND ONLY ██████████ LIVED AT THE MOSQUE WITH HIM. THE STUDENTS WHO STUDIED THERE BROUGHT THEM FOOD. SOURCE SAW NO WEAPONS IN THE MOSQUE OR AMONG THE STUDENTS. SOURCE CLAIMED THE FOLLOWING WERE THE NAMES OF SOME OF HIS AFGHANI STUDENTS: ██████████ A STUDENT AGED APPROX 17. , A STUDENT AGED APPROX 18. AGED APPROX 25/26.

██████████ WAS LAST SEEN IN KHOWST, AROUND 12 DECEMBER 2001.

2E. ██████ ESCAPE TRAVEL. WHEN THE WAR GOT TOO CLOSE, SOURCE TOOK A CAR FROM SHURANDAM TO GHAZNI. AFTER EATING IN A RESTAURANT, SOURCE AND ██████████ STAYED IN A U/I MOSQUE. IN THE MORNING THEY TRAVELED TO KHOWST. IN KHOWST, ██████████ HIRED THE SOURCE A U/I AFGHAN GUIDE FOR UNK AMOUNT OF MONEY IN A U/I VILLAGE OUTSIDE KHOWST. SOURCE WALKED EAST FROM THE KHOWST AREA FOR APPROX TWO DAYS. AT NIGHT, THEY SLEPT IN ROCK SHELTERS (NOT CAVES EXACTLY) BUILT INTO THE SIDES OF THE MOUNTAINS. SOURCE SAID THERE WERE LOTS OF THESE ALL OVER THE MOUNTAINS BUT HE DID NOT ENCOUNTER ANY WHICH HAD PRE-POSITIONED FOOD OR WATER OR SUPPLIES OF ANY KIND. THE SOURCE AND HIS GUIDE APPROACHED A TOWN WHERE SOME ARABS HAD ASSEMBLED TO FLEE INTO PAKISTAN. APPROX 30-31 ARABS, SOME OF WHOM WERE YEMENI, AND SOME OF WHOM ARE HERE AT GTMO WERE AMONG THAT GROUP HAD THEIR OWN AFGHAN GUIDE. SOURCE ONLY REMEMBERS A YEMENI NAMED ██████████ ██████████████████

SOURCE LEFT HIS OWN GUIDE AND JOINED THIS GROUP WHICH CONTINUED OVERLAND TO PAKISTAN FOR APPROX EIGHT DAYS AND NIGHTS. AT NIGHT, THEY STAYED IN THE SAME TYPE OF ROCK SHELTERS IN THE MOUNTAINS. FINALLY, THE GROUP OF ARABS WAS ARRESTED ON THE PAKISTANI BORDER.

3. ██████ ██████████████████████ ██████████████████████

Unclassified//For Public Release           Delcassifed By: LC 30 OCT 2008



4.  ███  ADDITIONAL AREAS OF INFORMATION.  SOURCE CLAIMS THERE IS NO SIGNIFICANCE TO THE U.S. 100 DOLLAR BILL HE WAS CAUGHT CARRYING.  SOURCE LEFT WITH A TOTAL OF $450 USD WHICH ███████ PROVIDED HIM BEFORE HE LEFT YM.

5.  ███  COLLECTOR COMMENTS.  SOURCE IS OF AVERAGE INTELLIGENCE. SOURCE IS BASICALLY CLAIMING HE WAS OBLIVIOUS TO THE WAR UNTIL IT ARRIVED ON HIS DOORSTEP.  ████████████████████
████████████████

6.  ███  POC THIS MEMORANDUM IS UNDERSIGNED AT DSN ███████████
████

(b)(1) Sec 1.4
C,(b)(3):10 USC
§130b,(b)(6)

Page 3 of 3

Unclassified//For Public Release          Delcassifed By: LC  30 OCT 2008

SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOATH HAMZA AHMED AL ALWI,  )
                        et al.,  )
                                 )
              Petitioners,       )
                                 )          Civ. Action No. 05-2223 (RJL)
        v.                       )
                                 )
GEORGE W. BUSH,                  )
        President of the United States,  )
                        et al.,  )
                                 )
              Respondents.       )

SECRET//NOFORN

UNCLASSIFIED// FOR PUBLIC RELASE

SERIAL: ██ ████████████

COUNTRY: ███ AFGHANISTAN (AF); PAKISTAN (PK); YEMEN (YM); UNITED STATES OF AMERICA (US).

████████████████████████████████████████████

SUBJ: ████████████████████████ DETAINEE PROVIDED INFORMATION ON HIS FACILITATORS, TRAVEL TO AFGHANISTAN (AF), HIS GROUP IN AF AND TRAVEL OUT OF AF ██

WARNING:████THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE. REPORT CLASSIFIED ████████████████████████

------------------------------------------------------------
DEPARTMENT OF DEFENSE
------------------------------------------------------------

DOI: ████ 20020130.

REQS: ████ ██████████████████████████████████

SOURCE: ████████████████ ████████YM-000045███//DETAINEE WAS BORN IN 1979 IN YEMEN. DETAINEE CLAIMED TO BE A RELIGIOUS STUDENT IN YEMEN FOR SEVERAL YEARS. IN 1997, DETAINEE MET ALI AL-ADANI, WHO ENCOURAGED DETAINEE TO GO TO AFGHANISTAN TO PREACH THE KORAN. WHEN DETAINEE LEARNED THAT THE U.S. WAS BOMBING AFGHANISTAN HE TRIED TO GET OUT OF THE COUNTRY. DETAINEE'S RELIABILITY HAS NOT BEEN DETERMINED.

SUMMARY: ████████████████ DETAINEE DETAILS HIS RECUIRTMENT FOR TRAVEL TO AFGHANISTAN, HOW HIS TRIP WAS PAID FOR AND HIS PAKISTANI VISA AQUIRED. HE ALSO DETAILS HIS GROUP IN AFGHANISTAN TO INCLUDE THE GROUPS LEADER AND HIS ESCAPE FROM AFGHANISTAN TO PAKISTAN. ENCLOSURE.

TEXT: 1. ██████████████ BIOGRAPHIC - DETAINEE IS FROM TAIZZ//████████
████████████ YEMEN, (YM). PRIOR TO LEAVING FOR AFGHANISTAN (AF), HE WORKED WITH HIS FATHER SELLING FRUITS AND VEGETABLES. HE HAD NO FORMAL JOB SKILLS OR TRAINING. DETAINEE GRADUATED ████████████ HIGH SCHOOL TAIZZ, YM. DETAINEE ALSO ATTENDED ██████████ ELEMENTARY SCHOOL TAIZZ, YM. DETAINEE RELIED ON HIS PARENTS FOR ALL FINANCIAL AND BASIC NEEDS SUPPORT. DETAINEE IS AN UNMARRIED SUNNI MUSLIM. DETAINEE CLAIMS TO HAVE NEVER BEEN ARRESTED BY ANYONE BEYOND PAKISTANI AND U.S. FORCES.
2. ████████████████ INDIVIDUAL MOTIVATION - DETAINEE CLAIMED NOT TO HAVE GONE TO AF TO FIGHT BUT TO TEACH THE KORAN BECAUSE DETAINEE WAS TOLD BY THE IMAN AT HIS MOSQUE THAT THE AFGHANS WERE USING MAGIC AND WERE NOT FOLLOWING THE TEACHINGS OF ISLAM. IN 1997, DETAINEE MET A YEMENI NAMED ████████████ IN A DISCUSSION GROUP IN THE ████████ MOSQUE IN TAAZ, YM. ████████ WAS A MESSENGER FOR ████████████████ AND SPREAD SUPPORT FOR JIHAD AT THE ████ ████████ MOSQUE WHICH IS LOCATED ████████████████ IN TAIZZ, ████████████

UNCLASSIFIED// FOR PUBLIC RELASE          DECLASSIFIED BY : WH

UNCLASSIFIED// FOR PUBLIC RELASE

███████ DETAINEE CLAIMS HE SPOKE OFTEN OF THE PLIGHT OF THE AFGHAN PEOPLE. THEN IN 1999, DETAINEE WAS APPROACHED BY ███████████████ FROM THE TEMPLE ████, TAIZZ, YM, ████████ TOLD SOURCE THAT DETAINEE NEEDED TO GO TO AF TO TEACH THE KORAN. ████████ PAID FOR DETAINEE TRAVEL TO AF AND ALSO GAVE DETAINEE APPROXIMATELY 450 U.S.DOLLARS (USD). DETAINEE ALSO GAVE HIS PASSPORT TO ██████████ A FEW WEEKS PRIOR TO LEAVING YM. ████████ RETURNED THE PASSPORT TO THE DETAINEE ALONG WITH A PAKISTANI VISA STAMP AND PROVIDED AN ADDRESS TO THE BAKH HOTEL LOCATED IN A PLACE CALLED SADORBAZA NEAR KARACHI//█████████████████████ ████████ ALSO PROVIDED TRANSPORTATION FOR DETAINEE TO THE AIRPORT IN YM FOR HIS FLIGHT TO PK. IN 1999 DETAINEE ALSO MET WITH ███████████████ OF YM BEFORE LEAVING FOR AF. THIS WAS THE ONLY TIME DETAINEE MET ████████ DETAINEE CLAIMS ███████ WARNED HIM AGAINST PARTICIPATING IN JIHAD IN AF (NFI). DETAINEE PROCEEDED TO KARACHI, PK AND PROCEEDED TO THE HOTEL AS INSTRUCTED BUT NO ONE MET HIM OR APPROACHED HIM AT THE HOTEL. ████████ HAD PROMISED TO CALL HIM AT THE HOTEL BAKH BUT NEVER DID. AFTER SEVERAL DAYS IN THE HOTEL, DETAINEE TOOK A TAXI TO QUETTA/███████████████████████████, PK AND WENT DIRECTLY TO THE ████████ TALIBAN OFFICE IN QUETTA. DETAINEE STAYED THE NIGHT AT THE ███████ TALIBAN OFFICE AND MET AN AFGHAN MAN LEADING PRAYERS WHO SPOKE EXCELLENT ARABIC. THE MAN WAS NAMED ████████████ WHO WAS APPROX 30 OR 31 YRS OLD AND HAD NO REMARKABLE FEATURES. ███████████ THEN DROVE THE DETAINEE AND TWO U/I AFGHANS TO A VILLAGE IN AF, OUTSIDE OF KANDAHAR//GEOCOORD: █████████████████,, CALLED SHURANDAM //GEOCOORD: █████████████ AF, IN JAWZJAN PROVINCE.

3. ██████████████████ TRAINING - DETAINEE DENIES EVER RECEIVING ANY TRAINING AT ALL, AND ONLY TAUGHT AND LEARNED MORE ABOUT THE KORAN. STUDENTS WITH AND OF DETAINEE WERE ██████████████████████████████████████████████████████████. DETAINEE KNOWS OF NO SUPPORT OFFERED TO HIS FAMILY OR OFFERED IN THE EVENT OF HIS DEATH.

4. ████████████████ GROUP HOMOGENEITY - DETAINEE CLAIMED HE WAS A TEACHER OF THE KORAN IN THE GROUP HE BELONGED TO. THE GROUP DETAINEE BELONGED TO WAS LEAD BY ████████ DETAINEE HAS HEARD OF AL QAIDA AND UBL BUT DENIES ANY AFFILIATION WITH EITHER ONE. ONLY BENEFITS DETAINEE RECEIVED WERE THAT HE WOULD RECEIVE FOOD AND CLOTHING FROM HIS STUDENTS AND A ROOM FROM ██████████ THE EXTENT OF THE DETAINEE'S RELIGIOUS EDUCATION WAS TO ATTEND MOSQUE IN YM AND TEACHING IN AF. DETAINEE WAS TAUGHT JIHAD IS THE FIGHT TO DEFEND ISLAM.

5. ████████████████ OBEDIENCE AND CONFORMITY AND TRAVEL OUT OF AF - DETAINEE CLAIMS TO HAVE BEEN ABLE TO LEAVE AT ANYTIME AND THAT THERE WERE NO REAL RULES TO HIS GROUP. DETAINEE DECIDED TO LEAVE WHEN THE WAR WITH AMERICA GOT TOO CLOSE, DETAINEE TOOK A HIRED CAR (NFI) FROM SHURANDAM AF, TO GHAZNI //GEOCOORD: ████████████████/ AF. AFTER EATING IN A RESTAURANT, DETAINEE AND ████████████ STAYED IN A MOSQUE (NFI). IN THE MORNING THEY TRAVELED TO KHOWST //GEOCOORD: ████████████████/,AF. IN KHOWST, ████████████ HIRED A U/I AFGHAN GUIDE TO GET THE DETAINEE TO PK FOR AN UNKNOWN AMOUNT OF MONEY IN AN UNKNOWN VILLAGE OUTSIDE KHOWST, AF. ████████████ WAS LAST SEEN IN KHOWST, AROUND 12 DECEMBER 2001. DETAINEE WALKED EAST FROM THE KHOWST AREA FOR APPROX TWO DAYS. AT NIGHT, THEY SLEPT IN ROCK SHELTERS BUILT INTO AND DISGUISED INTO THE SIDES OF THE MOUNTAINS. DETAINEE SAID THERE WERE LOTS OF THESE SHELTERS ALL OVER THE MOUNTAINS BUT HE DID NOT ENCOUNTER ANY WHICH HAD PRE-POSITIONED FOOD OR WATER OR SUPPLIES OF ANY KIND. DETAINEE AND HIS GUIDE APPROACHED A TOWN WHERE SOME ARABS HAD ASSEMBLED TO FLEE INTO PK. APPROX 30 TO 31 ARABS, SOME OF WHOM WERE YEMENI, AND SOME OF WHOM ARE DETAINEES AT GTMO WERE AMONG THIS GROUP, THEY HAD THEIR OWN AFGHAN GUIDE. DETAINEE LEFT HIS GUIDE AND JOINED THIS GROUP WHICH CONTINUED OVERLAND TO PK FOR APPROX EIGHT DAYS AND NIGHTS. AT NIGHT, THEY STAYED IN THE SAME TYPE OF ROCK SHELTERS IN THE MOUNTAINS. FINALLY, THE GROUP OF ARABS WAS ARRESTED ON THE PK BORDER BY PK AUTHORITES.

UNCLASSIFIED// FOR PUBLIC RELEASE          DECLASSIFIED BY : WH

SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOATH HAMZA AHMED AL ALWI,    )
                   et al.,    )
                              )
          Petitioners,        )
                              )          Civ. Action No. 05-2223 (RJL)
     v.                       )
                              )
GEORGE W. BUSH,               )
     President of the United States,    )
                   et al.,    )
                              )
          Respondents.        )

SECRET//NOFORN

Unclassified//For Public Release

102313Z MAY 02
FM CITE 170

SERIAL: ███
COUNTRY: ███ AFGHANISTAN (AF), PAKISTAN (PK), YEMEN (YM).
IPSP: ███
SUBJ: ███████████████ - TRAVEL ROUTES AND TRAVEL
FACILITATORS FROM YEMEN TO AFGHANISTAN ██
████████████████████████████████████

----------------------------------------------------------------

DEPARTMENT OF DEFENSE

----------------------------------------------------------------

DOI: ██ 20011215.
REQS: ███████████████████████
SOURCE: ████████████████████████████
████████. A 22 YEAR OLD YEMENI CITIZEN WHO CLAIMS TO HAVE BEEN
IN AFGHANISTAN AS A RELIGIOUS MISSIONARY. SOURCE WAS DETAINED AS HE
ATTEMPTED TO LEAVE AFGHANISTAN AND ENTER PAKISTAN. SOURCE
RELIABILITY HAS NOT BEEN DETERMINED.

SUMMARY: ██ THIS REPORT CONTAINS INFORMATION ON A PERSON IN YEMEN
FACILITATING TRAVEL FROM YEMEN TO AFGHANISTAN, AND THE ROUTES OF
TRAVEL IN AND OUT OF AFGHANISTAN.

TEXT: ██
1. ██ TRAVEL FACILITATORS IN YEMEN. IN 1997, SOURCE MET A YEMENI
NAMED ███████████ IN A DISCUSSION GROUP IN THE JAMA AL-DAWA
MOSQUE IN TAAZ, YM.
███████████████████████████████████
███████████████ THE JAMA AL-DAWA MOSQUE IS LOCATED ON COLLEGIA
STREET IN TAAZ, NEXT TO A TARIBIA COLLEGE. SOURCE CLAIMS HE SPOKE
OFTEN OF THE PLIGHT OF THE AFGHAN PEOPLE BUT NEVER SPECIFICALLY
ABOUT JIHAD. IN 1999, SOURCE SPOKE WITH ███████████████ OF
YEMEN BEFORE LEAVING FOR AF. THIS WAS THE ONLY TIME SOURCE MET
████ SOURCE CLAIMS ████████ WARNED HIM AGAINST PARTICIPATING IN
JIHAD.
███████████████████████████████████
███████████████████████████████████

2. ██ TRAVEL. SOURCE GAVE HIS PASSPORT TO ████████ A FEW WEEKS
PRIOR TO LEAVING YM. ████████ RETURNED THE SAME PASSPORT TO THE
SOURCE ALONG WITH A PAKISTANI VISA. ████████ ALSO PROVIDED 450 USD,
ROUND-TRIP AIRLINE TICKETS, AND AN ADDRESS TO THE BAKH HOTEL NEAR
KARACHI LOCATED IN A PLACE CALLED SADORBAZA. (FIELD COMMENT --
SOURCE ALSO PRONOUNCED HOTEL AS BEG AND BAGH.) ████████ BROUGHT
SOURCE TO THE AIRPORT IN YM. SOURCE FLEW FROM YM TO KARACHI, PK.
NO ONE MET HIM AT THE AIRPORT IN YM. SOURCE TOOK A TAXI TO
SADORBAZA TO STAY THE NIGHT IN THE HOTEL. NO ONE MET HIM OR
APPROACHED HIM AT THE HOTEL. ████████ HAD PROMISED TO CALL HIM AT
THE HOTEL BAKH BUT NEVER DID. AFTER SEVERAL DAYS IN THE HOTEL,
SOURCE THEN TOOK A TAXI TO QUETTA, PK AND WENT DIRECTLY TO THE
DAFTAR TALIBAN (TALIBAN OFFICE) IN QUETTA. SOURCE STAYED THE NIGHT
AT THE DAFTAR TALIBAN AND MET AN AFGHANI MAN LEADING PRAYERS WHO
SPOKE EXCELLENT ARABIC. THE MAN WAS NAMED ████████████ WHO

Unclassified//For Public Release

WAS APPROX 30 OR 31 YRS OLD AND HAD NO REMARKABLE FEATURES. ███████████████ THEN DROVE THE SOURCE AND TWO U/I AFGHANIS TO A VILLAGE IN AF, OUTSIDE OF KANDAHAR CALLED SHURANDAM. ███████████ WAS THE IMAM OF A MOSQUE IN SHURANDAM CALLED ████████████████ THE TWO AFGHANS CONTINUED ON TO UNK DESTINATIONS. SOURCE AND███████ STAYED AT THE MOSQUE.

3. ██████████████████ AND THE ABU BAKUR AL-SADIQ MOSQUE. SOURCE LIVED AND TAUGHT AT THE MOSQUE FOR TWO YEARS. SOURCE HAD HIS OWN ROOM AND ONLY████████████LIVED AT THE MOSQUE WITH HIM. THE STUDENTS WHO STUDIED THERE BROUGHT THEM FOOD. SOURCE SAW NO WEAPONS IN THE MOSQUE OR AMONG THE STUDENTS. SOURCE CLAIMED THE FOLLOWING WERE THE NAMES OF SOME OF HIS AFGHANI STUDENTS--

-- ███████████████ A STUDENT AGED APPROX 17;
- ████████████ A STUDENT AGED APPROX 1;
- █████████ AGED APPROX 25/26;
-- ████████████████
-- ██████████████████

4. ████ ESCAPE TRAVEL. WHEN THE WAR GOT TOO CLOSE, SOURCE TOOK A HIRED CAR FROM SHURANDAM TO GHAZNI, AF. AFTER EATING IN A RESTAURANT, SOURCE AND████████████STAYED IN A U/I MOSQUE. IN THE MORNING THEY TRAVELED TO KHOWST. IN KHOWST, ███████████HIRED A U/I AFGHAN GUIDE TO GET THE SOURCE TO PK FOR AN UNK AMOUNT OF MONEY IN A U/I VILLAGE OUTSIDE KHOWST. ████████████WAS LAST SEEN IN KHOWST, AROUND 12 DECEMBER 2001. SOURCE WALKED EAST FROM THE KHOWST AREA FOR APPROX TWO DAYS. AT NIGHT, THEY SLEPT IN ROCK SHELTERS BUILT INTO AND DISGUISED INTO THE SIDES OF THE MOUNTAINS. SOURCE SAID THERE WERE LOTS OF THESE ALL OVER THE MOUNTAINS BUT HE DID NOT ENCOUNTER ANY WHICH HAD PRE-POSITIONED FOOD OR WATER OR SUPPLIES OF ANY KIND. (FIELD COMMENT -- SOURCE WAS NOT AWARE OF ANY TUNNELS CONNECTING ANY SHELTERS OR ANY SPECIFIC LOCATIONS). SOURCE AND HIS GUIDE APPROACHED A TOWN WHERE SOME ARABS HAD ASSEMBLED TO FLEE INTO PAKISTAN. APPROX 30 TO 31 ARABS, SOME OF WHOM WERE YEMENI, AND SOME OF WHOM ARE DETAINEES AT GTMO WERE AMONG THIS GROUP HAD THEIR OWN AFGHAN GUIDE. SOURCE LEFT HIS OWN GUIDE AND JOINED THIS GROUP WHICH CONTINUED OVERLAND TO PAKISTAN FOR APPROX EIGHT DAYS AND NIGHTS. AT NIGHT, THEY STAYED IN THE SAME TYPE OF ROCK SHELTERS IN THE MOUNTAINS. FINALLY, THE GROUP OF ARABS WAS ARRESTED ON THE PAKISTANI BORDER.

RMKS/
COMMENTS: ████

Unclassified//For Public Release            Declassified By: WH  30 OCT 2008

SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOATH HAMZA AHMED AL ALWI,  )
                       et al.,  )
                               )
             Petitioners,  )
                               )         Civ. Action No. 05-2223 (RJL)
   v.  )
                               )
GEORGE W. BUSH,  )
    President of the United States,  )
                      et al.,  )
                               )
          Respondents.  )

# Map of Saudi Arabia and Yemen

SECRET//NOFORN



SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOATH HAMZA AHMED AL ALWI,  )
               et al.,        )
                          )
        Petitioners,   )
                          )        Civ. Action No. 05-2223 (RJL)
   v.                  )
                          )
GEORGE W. BUSH,         )
     President of the United States,  )
                  et al.,   )
                          )
        Respondents.  )

# Map of Afghanistan

SECRET//NOFORN



Base 802987AI (C00362) 6-03

SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOATH HAMZA AHMED AL ALWI,    )
                et al.,    )
                          )
        Petitioners,    )
                          )        Civ. Action No. 05-2223 (RJL)
v.                     )
                          )
GEORGE W. BUSH,    )
    President of the United States,    )
                  et al.,    )
                          )
        Respondents.    )

# Map of Tora Bora region of Afghanistan

SECRET//NOFORN

# Tora Bora Region of Afghanistan

KHOWST

PAKTIA

Parachinar

Wazir Valley

Tora Bora

Wazir

Agam Valley

Pachir

1,707 m (5,600 ft)

NANGARHAR

LAGHMAN

Pakistan

Afghanistan

Jalalabad

Darya-ye Kabul

N

International boundary

Province boundary

NANGARHAR     Province name

Province capital

Boundary representation is not necessarily authoritative. Distance between Jalalabad and Pachir is 38 kilometers.

Turkmenistan

Uzbekistan

Tajikistan

China

Iran

Afghanistan

KABUL

Area of 3D perspective

Pakistan

India

0     100 Kilometers
0     100 Miles

DI Cartography Center/MPG 750853A1 12-01

SECRET//NOFORN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOATH HAMZA AHMED AL ALWI, | ) | |
| et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | Civ. Action No. 05-2223 (RJL) |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

# Map of Afghanistan-Pakistan Border

SECRET//NOFORN

**Afghanistan-Pakistan Border**

International boundary
Other international boundary
Railroad
Road
Track or trail
Scale 1:8,400,000
0 100 200 300 Kilometers
0 100 200 300 Miles
SOVIET UNION
CHINA
IRAN
AFGHANISTAN
PAKISTAN
INDIA
Dushanbe
Termez
Kondūz
Feyzābād
Eshkāshem
Baghlān
Meymaneh
Kushka
Herāt
Chaghcharān
Bāmiān
Chārikār
Kabul
Jalālābād
Peshāwar
Islāmābād
Rāwalpindi
Shīndand
Farāh
Delārām
Gereshk
Qandahār
Qalāt
Ghaznī
Gardeyz
Khowst
Zaranj
Zābol
Zāhedān
Chaman
Khojak Pass
Quetta
Sibi
Nushki
Chāgai
Chāgai Hills
Nok Kundi
Dālbandin
Sūrāb
Qila Lādgasht
Balochistān Province
Panjgūr
Turbat
Hoshāb
Malār
Bela
Gwādar
Pasni
Jiwani
Karāchi
Hyderābād
Nawābshāh
Dādu
Lārkāna
Sukkur
Jacobābād
Khānpur
Bahāwalpur
Multān
Dera Ghāzi Khān
Dera Ismāil Khān
Bannu
Kohāt
Mardān
Chitrāl
Gilgit
North-West Frontier Province
Lahore
Faisalābād
Sargodha
Gujrānwāla
Okāra
Arabian Sea
Hindu Kush
1893 Treaty boundary (Durand Line) where differing from present boundary
Predominant Pushtun area
Maximum Pushtunistan claimed area
Rigestān
Dasht-e Mārgow
Khyber Pass
Safed Koh Range
Toba Kākar Range
Wākhān
Karakoram Range
Boundary representation is not necessarily authoritative

800909 (A05998) 9-88