IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | 05-CV-2223 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

**NOTICE OF FILING OF SUBMISSION OF CLASSIFIED UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO FILE A TRAVERSE ON BEHALF OF PETITIONER AL ALWI AND CLASSIFIED DECLARATION OF JAMES M HOSKING IN SUPPORT**

Petitioners hereby give notice that today at approximately 2.30PM counsel filed with the Court Security Officer two documents, being (1) an Unopposed Motion for Extension of Time to Complete Discovery and to File a Traverse on Behalf of Petitioner Moath Hamza Ahmed Al Alwi and (2) a Declaration of James M. Hosking in support of the aforementioned motion.

The motion seeks an additional thirty (30) days to complete discovery and to file a traverse on behalf of Petitioner Al Alwi. The motion and accompanying declaration explain that counsel visited Petitioner Al Alwi at Guantanamo but unexpectedly were unable to have sufficient time with Petitioner to prepare his defense due to his poor health. As the circumstances of that visit are potentially based on classified information (notes from the meeting that have not yet been cleared), the motion and declaration have been filed with the Court Security Officer.

Dated:  November 20, 2008

         Respectfully submitted,


        _____/s/ Julia C. Symon_____
        Julia C. Symon (DC Bar No. 456828)
        CLIFFORD CHANCE US LLP
        2001 K Street NW
        Washington, DC 20006
        Tel: (202) 912-5000
        Fax: (202) 912-6000

        James M. Hosking
        CLIFFORD CHANCE US LLP
        31 West 52nd Street
        New York, NY 10019
        Tel: (212) 878-8000
        Fax: (212) 878-8375

        *Counsel for Petitioners*