IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | 05-CV-2223 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF FILING OF SUBMISSION OF CLASSIFIED MOTION FOR LEAVE TO CONDUCT DISCOVERY ON BEHALF OF PETITIONER AL ALWI, CLASSIFIED INTERROGATORIES, CLASSIFIED REQUEST FOR DISCOVER, AND CLASSIFIED DECLARATION OF JAMES HOSKING IN SUPPORT**

Petitioners hereby give notice that today at approximately 7:30PM counsel filed with the Court Security Officer four documents, being (1) Motion for Leave to Conduct Discovery on Behalf of Petitioner Moath Hamza Ahmed Al Alwi, (2) Interrogatories, (3) Request for discovery, and (4) Declaration of James Hosking in support of the aforementioned motion.

Dated:  November 24, 2008

Respectfully submitted,

_____/s/ James M. Hosking _____
James M. Hosking
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019

NYA911512.1

Tel: (212) 878-8000
Fax: (212) 878-8375

*Counsel for Petitioners*