IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOATH HAMZA AHMED AL ALWI <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-2223 (RJL) |

## NOTICE OF CORRECTED TRAVERSE

PLEASE TAKE NOTICE that Petitioner herewith files a Corrected Traverse. Due to some compatibility issues with the software at the Secure Facility, Petitioner's counsel encountered some last minute problems with the formatting of the Traverse. Immediately after filing the Traverse on Friday, December 5, 2008, Petitioner's counsel notified Respondents and the Court of the problem and of their intention to file a Corrected Traverse.

The changes are as follows:

1. The Table of Contents has been corrected to accurately reflect the Traverse's subject headings and page numbers.

2. The Traverse's subject headings and footnotes have been properly formatted.

3. The Corrected Traverse contains page 48, which was inadvertently omitted due to a copying error.

Dated: December 8, 2008

Respectfully submitted,

By: /s/ Julia C. Symon
Julia C. Symon (DC Bar No. 456828)
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC 20006
Tel:   (202) 912-5000
Fax:   (202) 912-6000

James M. Hosking
Siham Nurhussein
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel:   (212) 878-8000
Fax:   (212) 878-8375

*Counsel for Petitioner*