# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOATH HAMZA AHMED AL ALWI, ) ) ) Petitioner, ) v. ) ) GEORGE W. BUSH, President of the United ) States, *et al.*, ) Respondents. ) ) | Civil Action No. 1:05-CV-02223(RJL) |

## MOTION FOR LEAVE TO FILE AMENDED TRAVERSE
## ON BEHALF OF PETITIONER AL ALWI

On behalf of Petitioner Moath Hamza Ahmed Al Alwi, undersigned counsel respectfully request leave to file an amended traverse to reflect information learned from Mr. Al Alwi during a visit to Guantánamo on December 5-6, 2008.

Pursuant to the Court's Case Management Order dated October 31, 2008, undersigned counsel filed a traverse on behalf of Mr. Al Alwi on December 5, 2008.[1] As discussed more fully in Petitioner's Motion for Extension of Time to Conduct Discovery and File Traverse, filed on November 20, 2008, Petitioner's traverse was filed without counsel having had the benefit of sufficiently meeting with Mr. Al Alwi due to his unexpected poor health during the only counsel visit able to be scheduled at Guantánamo subsequent to the return being filed and prior to the due date for the traverse. In particular, counsel had not had the opportunity to discuss the Respondents' allegations against Petitioner in order to prepare his defense and traverse the return.

---

[1] Petitioner subsequently filed on the next business day, December 8, 2008, a corrected traverse that remedied certain formatting irregularities.

On December 5-6, 2008, counsel met with Mr. Al Alwi at Guantánamo and were able to discuss the Respondents' allegations with him. Counsel learned new and additional information from Mr. Al Alwi to support his defense to the allegations against him. Counsel have prepared a declaration supporting his traverse and an amended traverse. The amended traverse and supporting declarations contain classified information and are being filed separately with the Court Security Officer.

For these reasons, Petitioner respectfully requests that the Court grant him leave to file an amended traverse for good cause shown.

Dated: December 12, 2008

          Respectfully submitted,

          /s/ Julia C. Symon
          Julia C. Symon (DC Bar No. 456828)
          CLIFFORD CHANCE US LLP
          2001 K Street NW
          Washington, DC 20006
          Tel: (202) 912-5000
          Fax: (202) 912-6000

          James M. Hosking
          Siham Nurhussein
          CLIFFORD CHANCE US LLP
          31 West 52nd Street
          New York, NY 10019
          Tel: (212) 878-8000
          Fax: (212) 878-8375

          *Counsel for Petitioner*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOATH HAMZA AHMED AL ALWI,** )<br>)<br>) Civil Action No. 1:05-CV-02223(RJL)<br>Petitioner, )<br>v. )<br>)<br>**GEORGE W. BUSH, President of the United** )<br>**States,** *et al.*, )<br>Respondents. )<br>) | |

### [PROPOSED] ORDER

Upon consideration of Petitioner Moath Hamza Ahmed Al Alwi's motion for leave to file an amended traverse, it is

ORDERED that leave is hereby granted to file the amended traverse.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge Richard Leon