## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

—————————————————————————

FAHD ABDULLAH AHMED GHAZY, *et al.*,

      Petitioners,

v.                                                                   05-CV-2223 (RJL)

GEORGE W. BUSH, President of the
United States, *et al.*,

      Respondents.

—————————————————————————

)
)
)
)
)
)
)
)
)
)
)
)
)

### NOTICE OF WITHDRAWAL OF ATTORNEYS

PLEASE TAKE NOTICE that Clifford Chance US LLP, 31 West 52nd Street, New York, New York, hereby requests that Jacqueline Elizabeth Landells and Hanna Madbak be withdrawn from the docket and any service lists as these attorneys are no longer acting as counsel for the petitioners in this litigation.

Dated:  New York,  New York
          December 24, 2008

Respectfully submitted,


By:___s/_____
    Julia C. Symon (DC Bar No. 456828)
    CLIFFORD CHANCE US LLP
    2001 K Street NW
    Washington, DC  20006
    Tel:       (202) 912-5000
    Fax:      (202) 912-6000

    *Counsel for Petitioners*

NYA913326.1