UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


MOATH HAMZA AHMED AL ALWI,          :  Docket No. CV05-2223 (RJL)
                                    :
                Petitioner,         :  December 16, 2008
                                    :
                                    :  10:00 a.m.
v.                                  :
                                    :
GEORGE W. BUSH, ET AL.,             :
                                    :
                                    :
                Respondents.        :
. . . . . . . . . . . . . . . .     :


TRANSCRIPT OF OPEN HABEAS HEARING
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Petitioner:       JAMES M. HOSKING, ESQ.
                          SIHAM NURHUSSEIN, ESQ.
                          OMAR FARAH, ESQ.
                          Clifford Chance U.S., LLP
                          31 West 52nd Street
                          New York, New York  10019

                          JULIA C. SYMON, ESQ.
                          Clifford Chance U.S., LLP
                          2001 K Street, N.W.
                          Washington, D.C.  20006

```
For the Respondents:        WILLIAM G. KANELLIS, ESQ.
                            STEPHEN McCOY ELLIOTT, ESQ.
                            EDWARD MARTIN, ESQ.
                            NICHOLAS OLDHAM, ESQ.
                            CHRISTOPHER HARDEE, ESQUIRE
                            U.S. Department of Justice
                            20 Massachusetts Avenue, N.W.
                            Washington, D.C.  20530



Court Reporter:             PATTY ARTRIP GELS, RMR
                            Official Court Reporter
                            Room 4700-A U.S. Courthouse
                            Washington, D.C.  20001
                            (202) 962-0200

ALSO PRESENT:               NASIF GILINI, Interpreter
                            MASUD HASNAIN, Interpreter


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.
```

```
1                        P R O C E E D I N G S

2              COURTROOM DEPUTY:  Calling civil case 05-2223, Moath

3    Hamza Ahmed Al Alwi versus George W. Bush, et al.

4              Would counsel please come forward and identify yourself

5    for the record.

6              MR. HOSKING:  May it please the Court, James Hosking of

7    Clifford Chance for the Petitioner Moath Ahmed Al Alwi.  And

8    with me at counsel table today is Siham Nurhussein, Omar Farah

9    and Julia Symon.

10             THE COURT:  Welcome everyone.

11             MR. HOSKING:  Thank you, sir.

12             MR. KANELLIS:  May it please the Court.  Good morning,

13   your Honor.  My name William Kanellis on behalf of the

14   Respondents.  With me on behalf of Respondents are Stephen

15   Elliott, Edward Martin, Nicholas Oldham and Chris Hardee.

16             THE COURT:  Welcome, everyone.  I gather we have a

17   connection to Cuba so that the detainees can hear these

18   proceedings.  So proceeding on the assumption that the

19   connection is working fine, welcome, everyone, to today's

20   hearing.

21             This case, as you know, began with a filing of a

22   classified return on October 21st, 2008, and an in-chambers

23   conference two days later for the Court to meet with the parties

24   and discuss what, if any, potential issues there might be

25   regarding that classified return.
```

1           An unclassified factual return was filed on November

2   5th by the Government, and on November 24th, detainee's counsel

3   filed discovery Motions.

4           THE INTERPRETER:  Should I translate now or wait?

5           THE COURT:  You should be translating as I go along.

6           THE INTERPRETER:  Okay.  Can you speak one sentence at

7   a time?

8           THE COURT:  Yes.  Do you want me start at the

9   beginning?

10          THE INTERPRETER:  No.  Go ahead, sir.

11          THE COURT:  You need to translate what I have already

12  said.  Did you write it down?

13          THE INTERPRETER:  No, sir.

14          THE COURT:  You don't write things down?

15          THE INTERPRETER:  No, sir.  I am here to do the

16  translation.

17          (Pause.)

18          THE INTERPRETER:  Okay.

19          THE COURT:  You don't take notes when you are

20  translating?

21          THE INTERPRETER:  No, I didn't take any notes.

22          THE COURT:  Do you take notes?

23          THE INTERPRETER:  Actually, I thought that I am going

24  to be translating for the lawyers on the other side.

25          THE COURT:  Well, you are going to have to take down

PDF created with pdfFactory trial version www.pdffactory.com

1    what the Court says and then repeat it so that the detainees can

2    hear it in Cuba.  Do you understand?

3              THE INTERPRETER:  Okay.  Yes, sir.

4              THE COURT:  All right.  We will start at the beginning.

5              THE INTERPRETER:  Okay.

6              THE COURT:  How is that?

7              THE INTERPRETER:  Thank you.

8              THE COURT:  All right.  On October 21st, 2008, the

9    Government filed a classified factual return in this case.  Two

10   days later, the Court held an in-chambers conference with the

11   parties to determine if there were any issues in the case.

12             THE INTERPRETER:  Can you kind of slow a little bit

13   down, like make the sentence a little bit shorter?  Is there --

14             THE COURT:  You need to take notes.

15             THE INTERPRETER:  Okay.

16             THE COURT:  Two days later, the Court met with the

17   parties to determine whether there were any issues that needed

18   to be resolved regarding the case.  An unclassified factual

19   return was filed by the Government on November 5th, 2008.

20             On Monday, November 24th, 2008, detainee's counsel

21   filed discovery Motions seeking 13 interrogatories and 32

22   document requests.

23             THE INTERPRETER:  Okay.  I am sorry, your Honor.  I

24   don't think that I will be able to do this consecutive

25   translation.  I am not going to be able to continue this

1    translation.

2              THE COURT:  What's the part you can't do?

3              THE INTERPRETER:  I guess the kind of translation that

4    they explained to me wasn't like -- wasn't translation -- the

5    interpretation that I am hearing now.  They told me that I would

6    be like doing sentence-by-sentence translation just for the

7    opening for the lawyers to -- and the person that's going to

8    hear me, just the person in Guantanamo.

9              THE COURT:  Well, I have been speaking in sentences and

10   stopping at the end of each sentence.

11             THE INTERPRETER:  I guess this pace that you are going

12   will prevent me to do the translation.  I am sorry.

13             THE COURT:  Do you want me to speak in half sentences?

14             THE INTERPRETER:  I guess I might not be the right

15   person to be brought to this.

16             THE COURT:  Well, let's try half sentences.  See if you

17   can do it in half sentences.

18             THE INTERPRETER:  Okay.  All right.

19             THE COURT:  On November 24th, 2008, detainee's counsel

20   filed discovery Motions in this case --

21             THE INTERPRETER:  I am sorry.  I am sorry.  I couldn't

22   do the translation -- the interpretation.

23             THE COURT:  Counsel, come on up.  Come on up.

24             We will do this off the record, Patty.

25             (An off-the-record discussion was had.)

1                    (Pause.)

2                    (Interpreter Masud Hasnain sworn.)

3                    THE COURT:  Okay.  I think we are going to start over.

4    We have a new interpreter, and I will try to speak in sentences.

5    Okay.

6                    On October 21st, 2008, a classified factual return was

7    filed by the Government in this case.  Two days later, this

8    Court met with counsel to determine if there were any issues

9    that needed to be addressed in the case.

10                   COURTROOM DEPUTY:  Yes, sir?

11                   THE SERGEANT:  We can't hear the interpreter.

12                   THE COURT:  Can you hear that, sir?  Can you hear that?

13                   THE SERGEANT:  I can hear now.

14                   THE COURT:  All right.  One more time.  On October

15   21st, 2008, a classified factual return was filed by the

16   Government in this case.  Two days later, this Court met with

17   the parties to determine what, if any, issues needed to be

18   resolved regarding that return.

19                   On November 5th, 2008, an unclassified factual return

20   was filed by the Government.  A few weeks later, on

21   November 24th, 2008, detainee's counsel filed a discovery Motion

22   in this case.  In that Motion, they sought 32 document requests

23   and 13 interrogatories.

24                   On December 1st, 2008, this Court held a discovery

25   hearing regarding the discovery Motions that have been made.

1    Four days later detainee's counsel filed their initial traverse

2    in the case.  On December 12th, 2008, detainee's counsel amended

3    that traverse and the Court held a pre-hearing conference the

4    same day.

5         Since that time, a number of Motions have been filed

6    and a supplemental declaration has been filed by detainee's

7    counsel in the case.

8         Today we begin the hearing on the habeas petition of

9    Mr. Al Alwi with the unclassified opening arguments by both

10   Petitioner's counsel and Government counsel.  After we complete

11   those arguments, the Court will have to go into a closed session

12   for the classified opening arguments of each side and the

13   presentation of each side's case based upon that contained in

14   the return and the traverse.

15        At the completion of those presentations, the Court

16   will hear closing arguments from both sides.  Because those

17   arguments will contain repeated references to classified

18   information, those arguments will also have to be made in a

19   closed session.

20        Before we begin with the unclassified opening

21   arguments, the Court would like to thank the counsel for both

22   sides for their hard work and professionalism over the past few

23   months.  They have been working under tight deadlines in order

24   to bring this hearing to fruition as soon as practically

25   possible for the benefit of the detainee.

1          The Court will now turn to Mr. Hosking for the initial

2     unclassified opening remarks, and then we will hear from

3     Government's counsel and their opening remarks.

4          Mr. Hosking.

5          MR. HOSKING:  Good morning, your Honor.

6          THE COURT:  Good morning.

7          MR. HOSKING:  This last month marked an important

8     milestone for the Petitioner.  It is now seven years since he

9     was first detained by Pakistani police and was then transferred

10    to the U.S. authorities and eventually flown to the newly

11    established prison at Guantanamo.

12         He was 22 years old then.  He is now 29 years old, and

13    has spent almost a quarter of his life at Guantanamo.  During

14    that time, he has been interrogated so often that he has lost

15    count.  And the Government has had seven years to marshal a case

16    against him.  Yet Mr. Al Alwi has not been charged with any

17    crime before the military commissions.  And he never will be.

18         He remains in limbo as an enemy combatant facing

19    indefinite detention.  It was only in the last month that he saw

20    for the first time the full allegations against him and was able

21    to meet with counsel to discuss them.  Lest there be any doubt,

22    he denies the allegations, and today for the first time he will

23    be able to tell his side of the story.

24         His story is not as colorful as the Government may

25    suggest it is and it has nothing to do with Osama bin Laden or

PDF created with pdfFactory trial version www.pdffactory.com

1    the barbarism of al-Qaeda.  We all agree that his story starts

2    in the year 2000 when, as a young man, together with his cousin,

3    he traveled to Afghanistan.  He was seeking out various

4    adventures, including going there to fight the Russians as he

5    called them, by which he meant the Tajiks, who were opposed to

6    Taliban rule --

7              THE INTERPRETER:  Excuse me.  Can you repeat.

8              MR. HOSKING:  By which he meant the people from

9    Tajikistan who were opposed to Taliban rule and were involved in

10   the long-standing Afghanistan civil war.

11             But when he got to Afghanistan, his actions were far

12   from being the stuff of an action film.  He did not join

13   al-Qaeda or the Taliban.  His sum battle experience consisted of

14   spending five to six months north of Kabul on the back lines of

15   the war between the Northern Alliance and the Taliban, during

16   which time he cooked, collected firewood and prayed.

17             From there, he went to the far north of Afghanistan to

18   a remote outpost near the Tajikistan border.  But far from

19   engaging in hand-to-hand combat, his days were spent looking

20   after his horse, swimming with his friends and bartering for

21   food.  There is nothing on the record that he even so much as

22   participated in the fire fight.

23             But it was while he was there that the terrible tragedy

24   of September 11th happened.  And that triggered a series of

25   events over which he had no control.  In early October 2001, the

PDF created with pdfFactory trial version www.pdffactory.com

1  U.S. forged an alliance with the Northern Alliance and launched

2  a successful campaign to vanquish al-Qaeda and Taliban forces,

3  to capture Kabul and attempt to capture Osama bin Laden.  But

4  none of this involved Mr. Al Alwi.

5       Once he heard of September 11th and the impending

6  arrival of U.S. forces, he headed as fast as he could out of the

7  impending battle zone.  Like thousands of other refugees, he

8  headed towards the safety of Pakistan, and reached Pakistan

9  sometime around the beginning of Ramadan.

10      But as an Arabic-speaking foreigner, he was easy prey

11  for locals who were eager to hand over anyone they could find in

12  return for American rewards.  And that is what happened.  So

13  began Mr. Al Alwi's long journey to Guantanamo and his long wait

14  for justice.

15      While the basic facts I have just described are largely

16  undisputed, the Government has embellished them with sensational

17  side stories.  The Court will hear that Mr. Al Alwi has been

18  accused of being a bodyguard to Osama bin Laden, that he fought

19  on the front lines with al-Qaeda, that he stayed in al-Qaeda

20  guest houses and attended al-Qaeda training camps.

21      From his original detention to this day, Mr. Al Alwi

22  has denied these allegations.  And the Government has never

23  claimed, nor could the Government claim, that Mr. Al Alwi has

24  any connection whatsoever with the events of September 11th or

25  that while in Afghanistan he even so much as saw a U.S. soldier,

PDF created with pdfFactory trial version www.pdffactory.com

1   let alone engaged in hostilities -- hostilities with the U.S. or

2   coalition troops.

3          Yet the Government has tried to piece together a

4   factual return that justifies holding Mr. Al Alwi.  It relies on

5   isolated statements from an assortment of interrogation notes,

6   mainly from other detainees at Guantanamo and, to some extent,

7   from Mr. Al Alwi himself.  It has stitched these individual

8   statements together to try to create a plausible narrative.  But

9   the story quickly unravels because it is built on several

10  failings:  A misapplication of the intelligence community's

11  reports, internal contradictions, and statements from other

12  detainees that are simply not credible because they are tainted

13  as the product of torture or because they are, on their face,

14  unbelievable.

15         While this will be the topic of our discussion in

16  closed court today, the Court will, for example, hear that the

17  Government relies on the following witnesses:  Its star witness

18  is a detainee who has received special treatment for cooperating

19  with interrogators and who has made wildly implausible

20  allegations against at least 60 detainees at Guantanamo; a man

21  who has been convicted and imprisoned for multiple dishonesty

22  offenses and whose credibility is so compromised that even the

23  Department of Defense has questioned his reliability.

24         The Government also relies on a former detainee who has

25  already sworn to this Court that his identifications made in

1    interrogations were mere stories he made up.  He did so out of

2    fear that his Guantanamo questioners would send him back to

3    Egypt where he had been brutally tortured just before making the

4    statement that the Government relies upon in this case.  He has

5    filed another declaration on oath in this case, confirming that

6    his interrogation was unreliable.

7          But even leaving aside these flaws in the Government's

8    sources of information, the Government has offered no

9    explanation why a young man from Yemen with no military training

10   could rise to become a bodyguard of the most sought-after man on

11   earth.

12         Because of these flaws, it is understandable that in

13   the last few days the Government has developed a new theory of

14   who can be held as an enemy combatant.  The Government now

15   claims that it can detain an individual based on conduct long

16   before the AUMF was enacted --

17         THE INTERPRETER:  AUMF?

18         MR. HOSKING:  -- before the authorization for the use

19   of military force was enacted, that it does not require any

20   hostile act against the U.S. or coalition forces and that is

21   devoid of any nexus to the September 11th attacks.

22         This is an attempt to try to extend the President's

23   powers so that he can hold indefinitely in U.S. detention a

24   foreigner who, thousands of miles from the United States, was

25   involved in the Afghan civil war, and did so with no connection

PDF created with pdfFactory trial version www.pdffactory.com

1    to al-Qaeda, Osama bin Laden, the United States, coalition

2    forces or September 11th.  To do so requires a wholesale

3    revision of the language of the enemy combatant definition.  It

4    requires rewriting the legislative history of the authorization

5    for military force and redrafting the modern history of

6    Afghanistan.  The Court should not permit it.

7          Mr. Al Alwi asks nothing more than to have his day in

8    court, to commit the kind of meaningful review that the Supreme

9    Court has espoused.  In doing so, Mr. Al Alwi asks the Court

10   rule on each of the allegations leveled by the Government.  The

11   Government should not be permitted to simply mix them all

12   together and ask the Court the reach a result on a composite of

13   each of the allegations.  The seriousness of the allegations

14   demand that each be considered and ruled on.

15         Ultimately, it falls to the Court to determine whether

16   the Government has discharged its burden to prove, on the

17   balance of probabilities, that Mr. Al Alwi is properly detained

18   as an enemy combatant.  The stakes could not be higher.  Not

19   only has Mr. Al Alwi lost seven years of his life, but he is

20   also on a hunger strike currently.  He, therefore, celebrated

21   this seventh anniversary of his incarceration strapped to a

22   feeding chair being fed through a nasal tube.

23         Nobody awaits today's hearing more keenly than he.  We

24   look forward to the opportunity to present his case.

25         Thank you, sir.

1      THE COURT:  You are welcome.  Thank you, Mr. Hosking.

2      We will hear now from the Government's counsel,

3  Mr. Kanellis.

4      MR. KANELLIS:  One moment, your Honor.

5      (Pause.)

6      MR. KANELLIS:  May it please the Court, good morning,

7  your Honor.  I am William Kanellis on behalf of the Respondents.

8      In the year 2000, Moath Hamza Ahmed Alwi was a

9  22-year-old Yemenese man living in Jeddah, Saudi Arabia.  In the

10  year 2000, Mr. Al Alwi embarked upon an extraordinary journey

11  across the Middle East, from Saudi Arabia across Yemen to

12  Pakistan and across Pakistan, by land, into Afghanistan.  The

13  sole purpose of this journey to Afghanistan was so that he could

14  engage in fighting in support of Taliban forces who, at the

15  time, were engaged in civil war, the same Taliban forces who had

16  for years provided a safe haven and operational base for

17  al-Qaeda.

18      The path Mr. Al Alwi took and the resources that he

19  used were common among the thousands of young fighters who

20  journeyed to Afghanistan at this time.  He was repeatedly housed

21  in guest houses that were associated with and sponsored by the

22  Taliban and al-Qaeda.

23      Upon arrival in Afghanistan, he enrolled in military

24  training camps that were sponsored by the Taliban or al-Qaeda.

25  He supported Taliban fighting forces on two separate fronts.

PDF created with pdfFactory trial version www.pdffactory.com

1   Further, he was identified by multiple independent witnesses as

2   a bodyguard for Osama bin Laden.

3         Mr. Al Alwi's extraordinary journey to Afghanistan

4   reflects a significant commitment and dedication to the cause of

5   al-Qaeda and the Taliban.  His journey and his conduct should be

6   viewed within the context of events in the Middle East and in

7   Afghanistan at this time.

8         In 1996, Osama bin Laden had issued a public

9   declaration of war against the United States calling for the

10  murder of American military personnel serving on the Arabian

11  peninsula.  By February 1998, bin Laden had sought and received

12  refuge in Afghanistan and had an active working relationship

13  with the ruling Taliban of that country.

14        It is in Afghanistan that, in February 1998, bin Laden

15  issued a fatwa, a purported religious ruling, calling for all

16  Muslims able to do so to kill Americans, whether military or

17  civilian, anywhere in the world.  His followers responded to

18  this fatwa.  In August 1998, they attacked American embassies in

19  Kenya and Tanzania, killing approximately 250 people.  In

20  October of 2000, they attacked the USS Cole, killing 17 American

21  sailors.

22        bin Laden's followers and those aligned with their

23  cause are unlike any enemy the United States has encountered.

24  The enemy is comprised of combatants who wear no uniforms and

25  who carry no identity cards.  They are connected by a protean

PDF created with pdfFactory trial version www.pdffactory.com

1    network of terrorist organizations and cells.

2            These units operate with great autonomy.  Unlike

3    traditional combatants, they hide their true identities and

4    motives.  They travel from continent to continent and seek to

5    blend into host communities.

6            They use these methods to evade detection and capture

7    and, as we saw on September 11th, 2001, they emerge from these

8    hiding places to implement bin Laden's fatwa with great

9    destruction.  It is important to appreciate that Osama bin Laden

10   did not operate alone.  In 1996, driven from the Sudan, he

11   sought refuge in Afghanistan.  It was in Afghanistan where he

12   had previously burnished his reputation fighting against the

13   Soviet occupation.

14           The 9/11 Commission reports that by October, 1996, bin

15   Laden had cemented his relationship with the Taliban.  The

16   Taliban provided bin Laden a safe haven in Afghanistan while bin

17   Laden built up his financial resources and planned his attacks.

18   bin Laden's call for fatwa was heard by many.  The 9/11

19   Commission Report estimates that from 1996 to 2001 between 10 to

20   20,000 young fighters traveled to Afghanistan in response to

21   bin Laden's fatwa.  And it was in the year 2000 that Mr. Al Alwi

22   admits that he trekked across the Middle East to enter

23   Afghanistan.

24           Today, we will offer multiple independent bases that

25   demonstrate that Mr. Al Alwi is lawfully detained as an enemy

PDF created with pdfFactory trial version www.pdffactory.com

1    combatant.  Our evidence is not sensational.  It is based

2    largely upon Mr. Al Alwi's own words.

3         Mr. Al Alwi has admitted that, yes, he traveled to

4    Afghanistan for the purpose of fighting for the Taliban, yes, he

5    received military training, yes, he stayed in Taliban guest

6    houses, yes, he supported combat forces in Afghanistan.  But

7    despite all of these prior admissions, he now characterizes his

8    conduct as benign.  Today, we will demonstrate that

9    Mr. Al Alwi's explanations are utterly implausible.

10        The evidence in this proceeding is primarily

11   classified, and I cannot talk about it in this public setting.

12   But it bears emphasis that these proceedings are unique.  They

13   require flexibility consistent with the prosecution of an

14   ongoing war and protection of national security.  These -- this

15   flexibility applies to the reality of the evidence in this

16   proceeding.  No one in the military and intelligence community

17   in 2001 or 2002 --

18        THE INTERPRETER:  Which years?

19        MR. KANELLIS:  -- 2001 and 2002 could predict where we

20   sit today.  Although we sit in a Federal courthouse, we are not

21   in a criminal setting.  The military and intelligence community

22   is not bound to and could not possibly be expected to maintain a

23   chain of custody, keep an evidence locker, or make decisions in

24   the global war on terror based upon the nuances of proof that

25   apply in criminal proceedings.

PDF created with pdfFactory trial version www.pdffactory.com

1       As the Supreme Court has recognized, the Government is

2   not limited to the tools of criminal justice in fighting this

3   war.  This Court has rejected and should continue to reject

4   attempts the import those tools into this wartime habeas

5   proceeding.

6       Instead, this proceeding occurs within the world of

7   intelligence.  The detention of Mr. Al Alwi is based upon

8   credible evidence that he has supported both al-Qaeda and the

9   Taliban.  Thus, to meet our burden, we have included in our

10  factual return primary intelligence documents; that is, the

11  information gathered by intelligence collectors, information

12  that has been relied upon by the United States in its effort to

13  combat global terrorism.

14      Under the standards established by this Court in this

15  proceeding, the Court will determine whether it is more likely

16  than not that Mr. Al Alwi engaged in the conduct that we outline

17  in our return.  We respectfully submit, and the evidence will

18  show, that the Government has carried its burden of proof to

19  establish that Mr. Al Alwi is an enemy combatant and is lawfully

20  detained by the United States.

21          THE COURT:  Thank you, Mr. Kanellis.

22      All right.  That brings to a close the unclassified

23  opening arguments in the case.  We will take a brief recess, and

24  then we will begin in closed session to hear the classified

25  opening arguments, the presentation of both sides' case with

PDF created with pdfFactory trial version www.pdffactory.com

1   respect to the material issues of fact in dispute and the

2   closing arguments from both sides.

3          Approximately two weeks from today this Court will hold

4   an open session to announce its decision in this case.  That

5   will most likely be the next and the last open session with

6   regard to this Petitioner.  We will stand in recess.

7          (Recess.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com

```
1                         CERTIFICATE OF REPORTER

2

3

4          I, Patty A. Gels, certify that the foregoing is a

5    correct transcript from the record of proceedings in the

6    above-entitled matter.

7

8

9

10                        _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PDF created with pdfFactory trial version www.pdffactory.com