**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **FAHD ABDULLAH AHMED GHAZY,** *et al.,* | ) | |
| | ) | |
| **Petitioners,** | ) | **Civil Action No.  1:05-CV-02223(RJL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BARACK H. OBAMA, President of the United States,** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL**

To the Clerk of this court and all parties of record:

Please notice the withdrawal of Julia C. Symon as counsel in this case on behalf of Petitioners.

Dated: April 6, 2009

_____/s/_____

Julia C. Symon (Bar No. 456828)
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC  20006
Tel:       (202) 912-5000
Fax:       (202) 912-6000

WA419970.1