IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOATH HAMZA AHMED AL ALWI,** ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> **BARACK H. OBAMA, President of the** ) <br> **United States,** *et al.*, ) <br> Respondents. ) <br> ) | Civil Action No. 1:05-CV-02223 (RJL) |

**NOTICE OF APPEAL**

Notice is hereby given that Petitioner Moath Hamza Ahmed Al Alwi in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment, entered on January 9, 2009, of the United States District Court for the District of Columbia, denying the petition for a writ of <u>habeas corpus</u> in the above captioned proceeding.  By Order dated February 20, 2009, the Honorable Court subsequently denied Petitioner's Motion for Reconsideration.  This appeal should be automatically expedited pursuant to Circuit Rule 47.2 because this matter is a <u>habeas corpus</u> proceeding brought under 28 U.S.C. chapter 153 and the common law.

Dated: April 10, 2009

Respectfully submitted,

   /s/ *Christopher R. Lane*
Christopher R. Lane (DC Bar No. 485917)
CLIFFORD CHANCE US LLP

2001 K Street NW
Washington, DC 20006
Tel: (202) 912-5000
Fax: (202) 912-6000

James M. Hosking
Siham Nurhussein
Omar Farah
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 878-8000
Fax: (212) 878-8375

*Counsel for Petitioner*