**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FAHD ABDULLAH AHMED GHAZY,** ) | |
| ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **05-CV-2223 (RJL)** |
| ) | |
| **BARACK H. OBAMA, President of the** ) | |
| **United States,** *et al.,* ) | |
| ) | |
| **Respondents.** ) | |
| ) | |

**NOTICE OF WITHDRAWAL**

To the Clerk of this court and all parties of record:

Please notice the withdrawal of James M. Hosking as counsel in this case on behalf of the Petitioner.

Dated: May 5, 2009

_____/s/_____
James M. Hosking
Clifford Chance US LLP
31 West 52 Street
New York, NY 10019
Tel: 212-878-8000
Fax: 212-878-8375