UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD ABDULLAH AHMED GHAZY, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-2223(RJL) ) |
| BARACK H. OBAMA, *et al.*, | ) ) |
| Respondents. | ) |

## ORDER
(May 21, 2009)

Upon consideration of the parties' Joint Stipulation of Dismissal Without Prejudice as to Petitioner Fahd Abdullah Ahmed Ghazy and the representations of counsel at the status conference held May 6, 2009, it is hereby

**ORDERED** that petitioner Fahd Abdullah Ahmed Ghazy's petition for writ of habeas corpus is DISMISSED without prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

1